**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BAXTER INTERNATIONAL, INC., JOSE E. ALMEIDA, BRENT SHAFER, JOEL T. GRADE, JAMES K. SACCARO, BRIAN STEVENS, HEATHER KNIGHT, and CLARE TRACHTMAN,<br><br>Defendants. | Case No. 1:25-cv-12672-SCS<br><br>CLASS ACTION<br><br>Hon. Steven C. Seeger<br><br>**DECLARATION OF MICHAEL J. KLEIN IN SUPPORT OF MOTION OF THE CITY OF FORT LAUDERDALE GENERAL EMPLOYEES' RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF COUNSEL** |
| CITY OF HALLANDALE BEACH POLICE OFFICERS' AND FIREFIGHTERS' PERSONNEL RETIREMENT TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BAXTER INTERNATIONAL, INC., JOSE E. ALMEIDA, BRENT SHAFER, JOEL T. GRADE, JAMES K. SACCARO, BRIAN STEVENS, HEATHER KNIGHT, and CLARE TRACHTMAN,<br><br>Defendants. | Case No. 1:25-cv-14712-JFK<br><br>Hon. John F. Kness |

I, Michael J. Klein, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1. I am of counsel with the law firm Abraham, Fruchter & Twersky, LLP ("AF&T"), counsel to the City of Fort Lauderdale General Employees' Retirement System (the "System"), and a member in good standing of this Court's General Bar. I submit this Declaration in support of the System's motion for: (i) consolidation of the above-captioned actions (the "Actions"); (ii) appointment as Lead Plaintiff pursuant 15 U.S.C. § 78u-4(a)(3)(B); and (iii) approval of the System's selection of AF&T to serve as Lead Counsel in the Actions. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Complaint filed in the action *Electrical Workers Pension Fund, Local 103 IBEW v. Baxter International, Inc. et al.*, No. 1:25-cv-12672-SCS (N.D. Ill.) (the "*IBEW* Action").

3. Attached hereto as Exhibit 2 is a true and correct copy of the Complaint filed in the action *City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust v. Baxter International, Inc. et al.,* No. 1:25-cv-14712-JFK (N.D. Ill.) (the "*Hallandale Beach* Action").

4. Attached hereto as Exhibit 3 is a true and correct copy of the notice of pendency of the *IBEW* Action published over *Business Wire* on October 16, 2025.

5. Attached hereto as Exhibit 4 is a true and correct copy of the certification executed on behalf of the System.

6. Attached hereto as Exhibit 5 is a true and correct copy of a chart summarizing the System's transactions in Baxter International, Inc. securities and the corresponding applicable losses calculated pursuant to the provisions of the PSLRA.

7. Attached hereto as Exhibit 6 is a true and correct copy of AF&T's firm resume.

1

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of December 2025, at New York, New York.

*s/ Michael J. Klein*
Michael J. Klein

2