# EXHIBIT 3

# Labaton Keller Sucharow LLP Files Securities Class Action Against Baxter International, Inc. and Certain of Its Executives

NEW YORK--(BUSINESS WIRE)--Labaton Keller Sucharow LLP ("Labaton") has filed a securities class action lawsuit (the "Action") on behalf of its client the Electrical Workers Pension Fund, Local 103, I.B.E.W. ("Local 103") against Baxter International, Inc. ("Baxter" or the "Company") (NYSE: BAX) and certain of its executives (collectively, "Defendants"). The Action, which is captioned *Electrical Workers Pension Fund, Local 103, I.B.E.W. v. Baxter International, Inc.*, No. 25-cv-12672 (N.D. Ill.), asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, and U.S. Securities and Exchange Commission Rule 10b-5 promulgated thereunder, on behalf of all persons and entities that purchased or otherwise acquired Baxter common stock between February 23, 2022 and July 30, 2025, inclusive (the "Class Period").

Baxter is a global healthcare company that develops and sells a range of medical products used in hospitals and other healthcare facilities. Among its product offerings, Baxter recently launched its Novum IQ Large Volume Pump ("Novum LVP"), a device used for the delivery of intravenous ("IV") fluids that carry medications, blood products, and nutrients to patients. Baxter executives declared the Novum LVP launch to be a "landmark achievement" and a "key focus area" for the Company that would be a "promising multiyear growth driver."

The Action alleges that, throughout the Class Period, Defendants misled investors by failing to disclose that: (a) the Novum LVP suffered systemic defects that caused widespread malfunctions, including underinfusion, overinfusion, and complete non-delivery of fluids, which exposed patients to risks of serious injury or death; (b) Baxter was notified of multiple device malfunctions, injuries, and deaths from these defects; (c) Baxter's attempts to address these defects through customer alerts were inadequate remedial measures, when design flaws persisted and continued to cause serious harm to patients; (d) as a result, there was a heightened risk that customers would be instructed to take existing Novum LVPs out of service and that Baxter would completely pause all new sales of these pumps; and (e) based on the foregoing, Baxter's statements about the safety, efficacy, product rollout, customer feedback and sales prospects of the Novum LVPs were materially false and misleading.

Safety concerns regarding Novum LVP began to surface on April 7, 2025, after a Missouri news outlet reported serious safety issues relating to inaccurate infusion with the Novum LVPs based on information from a whistleblower. Just weeks after the whistleblower report, on April 24, 2025, Baxter sent customers a warning letter about potential underinfusion risks associated with the Novum LVP, disclosing only one serious injury linked to this issue. Then, on July 14, 2025, Baxter issued a second warning letter reiterating the underinfusion risks and adding the risk of overinfusion with the Novum LVP. The letter also revealed that Baxter had received 79 reports of serious injury and two reports of patient deaths related to the Novum LVP.

The true extent of Defendants' fraud was revealed on July 31, 2025, when the Company announced that it had decided to "***voluntarily and temporarily pause shipments and planned installations of the Novum LVP***" and that the Company was "unable to currently commit to an exact timing for resuming shipment and installation for Novum LVPs." On this news, Baxter stock dropped ***22.4 percent***, closing at $21.76 on July 31, 2025.

If you purchased or acquired Baxter common stock during the Class Period and were damaged thereby, you are a member of the "Class" and may be able to seek appointment as Lead Plaintiff. Lead Plaintiff

motion papers must be filed no later than **December 15, 2025**. The Lead Plaintiff is a court-appointed representative for absent members of the Class. You do not need to seek appointment as Lead Plaintiff to share in any Class recovery in this action. If you are a Class member and there is a recovery for the Class, you can share in that recovery as an absent Class member. You may retain counsel of your choice to represent you in this action.

If you would like to consider serving as Lead Plaintiff or have any questions about this lawsuit, you may contact Connor C. Boehme, Esq. of Labaton at +1 (212) 907-0780, or via email at cboehme@labaton.com. You can view a copy of the Complaint online here.

Local 103 is represented by Labaton, which represents many of the largest pension funds in the United States and internationally with combined assets under management of more than $4.5 trillion. Labaton's litigation reputation is built on its half-century of securities litigation experience, more than ninety full-time attorneys, and in-house team of investigators, financial analysts, and forensic accountants. Labaton has been recognized for its excellence by the courts and peers, and it is consistently ranked in leading industry publications. Offices are located in New York, Delaware, London, and Washington, D.C. More information about Labaton is available at labaton.com.