# EXHIBIT 4

**CERTIFICATION OF PLAINTIFF**
**PURSUANT TO THE FEDERAL SECURITIES LAWS**

I, Lynn Wenguer, as Chairperson of the Board of the City of Fort Lauderdale General Employees' Retirement System, having the authority to enter into and execute this Certification on behalf of the City of Fort Lauderdale General Employees' Retirement System, hereby certify as follows:

1. I have reviewed the Complaint filed in *Electrical Workers Pension Fund, Local 103 IBEW v. Baxter International, Inc. et al*, No. 1:25-cv-12672 (N.D. Ill.), and authorize the filing of a similar complaint and a motion for the City of Fort Lauderdale General Employees' Retirement System's appointment as lead plaintiff.

2. The City of Fort Lauderdale General Employees' Retirement System did not engage in transactions of the Baxter International, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the Securities Exchange Act of 1934 (the "1934 Act").

3. The City of Fort Lauderdale General Employees' Retirement System is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. The City of Fort Lauderdale General Employees' Retirement System's transactions during the relevant period in the Baxter International, Inc. securities that are the subject of this action are set forth in the attached Schedule A.

5. During the three-year period preceding the date of this Certification, the City of Fort Lauderdale General Employees' Retirement System has sought to serve as a representative party on behalf of a class in the following cases filed under the 1934 Act: *City of Fort Lauderdale General Employees' Retirement System v. Holley Inc. et al.*, No. 1:23-cv-00148 (W.D. Ky.) and *Mueller v. Endava, plc et al.*, No. 1:24-cv-06423 (S.D.N.Y.).

6. The City of Fort Lauderdale General Employees' Retirement System will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _8_ day of _December_ 2025.

_____

Lynn Wenguer
Chairperson of the Board
City of Fort Lauderdale General Employees'
Retirement System

Schedule A

**City of Fort Lauderdale General Employees Retirement System**
**Transactions in Baxter International, Inc. (BAX)**

| Transaction | Trade Date | Shares Transacted | Price |
|---|---|---|---|
| Buy | 03/29/2022 | 8,020 | 79.6977 |
| Buy | 03/31/2022 | 1,810 | 78.5704 |
| Buy | 04/01/2022 | 354 | 78.3040 |
| Buy | 04/04/2022 | 1,500 | 75.8626 |
| Buy | 04/06/2022 | 390 | 76.3490 |
| Buy | 04/22/2022 | 400 | 74.5427 |
| Buy | 04/27/2022 | 630 | 70.9982 |
| Buy | 04/28/2022 | 1,730 | 71.8203 |
| Buy | 06/28/2022 | 2,670 | 66.3210 |
| Buy | 07/28/2022 | 1,990 | 60.5613 |
| Buy | 08/08/2022 | 720 | 59.4444 |
| Sell | 01/11/2023 | (120) | 45.3583 |
| Buy | 01/12/2023 | 3,250 | 45.0964 |
| Sell | 01/24/2023 | (760) | 44.9767 |
| Sell | 02/22/2023 | (620) | 41.1242 |
| Sell | 03/24/2023 | (530) | 38.5162 |
| Sell | 04/25/2023 | (590) | 45.6576 |
| Sell | 06/22/2023 | (400) | 45.0306 |
| Sell | 08/31/2023 | (420) | 41.1514 |
| Sell | 09/27/2023 | (3,400) | 37.3200 |
| Buy | 10/31/2023 | 1,450 | 32.3728 |
| Buy | 11/07/2023 | 610 | 34.4886 |
| Buy | 11/15/2023 | 600 | 35.0408 |
| Buy | 11/20/2023 | 1,110 | 35.5564 |
| Sell | 11/27/2023 | (410) | 36.3693 |
| Buy | 11/30/2023 | 570 | 36.2987 |
| Buy | 10/14/2024 | 30 | 36.7698 |
| Buy | 11/19/2024 | 1,440 | 32.6107 |
| Buy | 02/21/2025 | 700 | 33.5245 |
| Buy | 02/21/2025 | 4,110 | 33.6523 |
| Buy | 03/19/2025 | 640 | 34.0893 |
| Buy | 04/03/2025 | 1,200 | 31.6800 |
| Buy | 06/04/2025 | 1,340 | 30.0466 |
| Sell | 06/17/2025 | (1,590) | 30.2372 |
| Buy | 07/21/2025 | 1,770 | 27.5897 |
| Buy | 07/31/2025 | 3,550 | 22.4753 |