# EXHIBIT 5

**Loss Report**

**City of Fort Lauderdale General Employees Retirement System**
**Transactions in Baxter International, Inc. (BAX)**

Class Period Total Purchases: 42,584 shares
Class Period Total Net Purchases: 33,744 shares
Class Period Expenditures: ($2,226,148.23)
Class Period Net Expenditures: ($1,888,501.98)
Gain (Loss): ($1,268,988.15)

| Transaction | Trade Date | Shares Transacted | Price | Amount |
|---|---|---|---|---|
| Class Start Holdings | 02/23/2022 | 0 | | |
| Buy | 03/29/2022 | 8,020 | 79.6977 | ($639,175.55) |
| Buy | 03/31/2022 | 1,810 | 78.5704 | ($142,212.42) |
| Buy | 04/01/2022 | 354 | 78.3040 | ($27,719.62) |
| Buy | 04/04/2022 | 1,500 | 75.8626 | ($113,793.90) |
| Buy | 04/06/2022 | 390 | 76.3490 | ($29,776.11) |
| Buy | 04/22/2022 | 400 | 74.5427 | ($29,817.08) |
| Buy | 04/27/2022 | 630 | 70.9982 | ($44,728.87) |
| Buy | 04/28/2022 | 1,730 | 71.8203 | ($124,249.12) |
| Buy | 06/28/2022 | 2,670 | 66.3210 | ($177,077.07) |
| Buy | 07/28/2022 | 1,990 | 60.5613 | ($120,516.99) |
| Buy | 08/08/2022 | 720 | 59.4444 | ($42,799.97) |
| Sell | 01/11/2023 | (120) | 45.3583 | $5,443.00 |
| Buy | 01/12/2023 | 3,250 | 45.0964 | ($146,563.30) |
| Sell | 01/24/2023 | (760) | 44.9767 | $34,182.29 |
| Sell | 02/22/2023 | (620) | 41.1242 | $25,497.00 |
| Sell | 03/24/2023 | (530) | 38.5162 | $20,413.59 |
| Sell | 04/25/2023 | (590) | 45.6576 | $26,937.98 |
| Sell | 06/22/2023 | (400) | 45.0306 | $18,012.24 |
| Sell | 08/31/2023 | (420) | 41.1514 | $17,283.59 |
| Sell | 09/27/2023 | (3,400) | 37.3200 | $126,888.00 |
| Buy | 10/31/2023 | 1,450 | 32.3728 | ($46,940.56) |
| Buy | 11/07/2023 | 610 | 34.4886 | ($21,038.05) |
| Buy | 11/15/2023 | 600 | 35.0408 | ($21,024.48) |
| Buy | 11/20/2023 | 1,110 | 35.5564 | ($39,467.60) |
| Sell | 11/27/2023 | (410) | 36.3693 | $14,911.41 |
| Buy | 11/30/2023 | 570 | 36.2987 | ($20,690.26) |
| Buy | 10/14/2024 | 30 | 36.7698 | ($1,103.09) |
| Buy | 11/19/2024 | 1,440 | 32.6107 | ($46,959.41) |
| Buy | 02/21/2025 | 700 | 33.5245 | ($23,467.15) |
| Buy | 02/21/2025 | 4,110 | 33.6523 | ($138,310.95) |
| Buy | 03/19/2025 | 640 | 34.0893 | ($21,817.15) |

**Loss Report**

**City of Fort Lauderdale General Employees Retirement System**
**Transactions in Baxter International, Inc. (BAX)**

| Transaction | Trade Date | Shares Transacted | Price | Amount |
|---|---|---|---|---|
| Buy | 04/03/2025 | 1,200 | 31.6800 | ($38,016.00) |
| Buy | 06/04/2025 | 1,340 | 30.0466 | ($40,262.44) |
| Sell | 06/17/2025 | (1,590) | 30.2372 | $48,077.15 |
| Buy | 07/21/2025 | 1,770 | 27.5897 | ($48,833.77) |
| Buy | 07/31/2025 | 3,550 | 22.4753 | ($79,787.32) |
| Class End Holdings | 10/29/2025 | 33,744 | | |
| Sell* | 11/04/2025 | (8,360) | 18.4450 | $154,200.20 |
| Sell* | 11/05/2025 | (8,280) | 18.3460 | $151,904.88 |
| Sell* | 11/05/2025 | (2,670) | 18.3460 | $48,983.82 |
| Sell* | 11/06/2025 | (7,260) | 18.2850 | $132,749.10 |
| Sell* | 11/11/2025 | (5,070) | 18.1900 | $92,223.30 |
| Sell* | 11/12/2025 | (2,104) | 18.7512 | $39,452.52 |
| Holdings As Of | 12/09/2025 | 0 | | |
| **Gain (Loss)** | | | | **($1,268,988.15)** |

\* The Price represents the greater of the Actual Price and the Average of Post Class Closing Prices
through the Trade Date