# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BAXTER INTERNATIONAL, INC., JOSE E. ALMEIDA, BRENT SHAFER, JOEL T. GRADE, JAMES K. SACCARO, BRIAN STEVENS, HEATHER KNIGHT, and CLARE TRACHTMAN, <br><br> Defendants. | Case No. 1:25-cv-12672 <br><br> Honorable Steven C. Seeger <br><br> <u>CLASS ACTION</u> |
| CITY OF HALLANDALE BEACH POLICE OFFICERS' AND FIREFIGHTERS' PERSONNEL RETIREMENT TRUST, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BAXTER INTERNATIONAL, INC., JOSÉ E. ALMEIDA, BRENT SHAFER, JOEL T. GRADE, JAMES K. SACCARO, BRIAN STEVENS, HEATHER KNIGHT, and CLARE TRACHTMAN, <br><br> Defendants. | Case No. 1:25-cv-14712 <br><br> Honorable John F. Kness <br><br> <u>CLASS ACTION</u> |

**DECLARATION OF AVI JOSEFSON IN SUPPORT OF THE MOTION OF THE PENSION FUNDS FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT <u>AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

I, Avi Josefson, declare as follows:

1.      I am a member in good standing of the bar of the State of Illinois and am admitted to practice before this Court.  I am a partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz").  I submit this declaration in support of the motion of Nebraska Investment Council, National Elevator Industry Pension Plan, and Louisiana Sheriffs' Pension & Relief Fund (collectively, the "Pension Funds") for the entry of an order: (i) consolidating the above-captioned related actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; (ii) appointing the Pension Funds as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (iii) approving the Pension Funds' selection of Labaton Keller Sucharow LLP ("Labaton") and Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as Lead Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

2.      Attached as Exhibits A through G are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit A: | Signed Certifications of the Pension Funds; |
| Exhibit B: | Charts reflecting the calculations of the Pension Funds' losses as a result of their transactions in Baxter International, Inc. common stock; |
| Exhibit C: | Joint Declaration of Kyle L. Hanson, John McIntire, and Osey "Skip" McGee Jr. in Support of the Motion of the Pension Funds for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel; |

Exhibit D:    Notice of pendency of *Electrical Workers Pension Fund, Local 103, I.B.E.W. v. Baxter International, Inc.*, No. 1:25-cv-12672 (N.D. Ill.), published on *Business Wire* on October 16, 2025;

Exhibit E:    Notice of pendency of *City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust v. Baxter International, Inc.*, No. 1:25-cv-14712 (N.D. Ill.), published on *Business Wire* on December 3, 2025;

Exhibit F:    Firm Résumé of Labaton; and

Exhibit G:    Firm Résumé of Bernstein Litowitz.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of December, 2025.

*/s/ Avi Josefson*
Avi Josefson

2