# EXHIBIT A

## CERTIFICATION

I, Mike Hilgers, on behalf of Nebraska Investment Council ("Nebraska"), hereby certify as follows:

1. I am the Attorney General of the State of Nebraska. The Attorney General is statutorily authorized to represent Nebraska in this litigation. I have reviewed a complaint filed against Baxter International, Inc. ("Baxter") alleging violations of the federal securities laws, and authorize the filing of this motion for lead plaintiff appointment;

2. Nebraska did not purchase common stock of Baxter at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. Nebraska is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary. Nebraska fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4. Nebraska's transactions in Baxter common stock during the Class Period, through the Defined Benefit Plan and Cash Balance Benefit Plan (commingled), are reflected in Exhibit A, attached hereto;

5. Nebraska sought to serve as a lead plaintiff in the following class action filed under the federal securities laws during the last three years:

*In re Fidelity National Information Services, Inc. Securities Litigation,*
No. 3:23-cv-00352 (M.D. Fla.)

6. Beyond its pro rata share of any recovery, Nebraska will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 2025-12-14 ___ day of December, 2025.

*Mike Hilgers*

_____ Mike Hilgers

Mike Hilgers
*Attorney General of the State of Nebraska*
*on behalf of Nebraska Investment Council*

2

**EXHIBIT A**

**TRANSACTIONS IN BAXTER INTERNATIONAL, INC.**

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 03/10/22 | 19,500 | $78.6402 | ($1,533,484) |
| Sales | 05/10/22 | (11,263) | $72.8289 | $820,272 |
| Sales | 09/08/22 | (19,525) | $58.6067 | $1,144,296 |
| Sales | 09/20/22 | (35,492) | $56.6852 | $2,011,871 |
| Sales | 06/28/23 | (7,105) | $45.0060 | $319,768 |
| Purchases | 09/15/23 | 1,400 | $39.0822 | ($54,715) |
| Purchases | 09/18/23 | 12,500 | $38.7989 | ($484,986) |
| Purchases | 09/19/23 | 16,700 | $38.7582 | ($647,262) |
| Purchases | 09/20/23 | 17,600 | $38.5937 | ($679,249) |
| Purchases | 09/21/23 | 2,443 | $38.1082 | ($93,098) |
| Purchases | 09/21/23 | 39,057 | $38.0896 | ($1,487,666) |
| Purchases | 09/22/23 | 8,860 | $37.6649 | ($333,711) |
| Purchases | 09/22/23 | 5,040 | $37.6247 | ($189,628) |
| Purchases | 09/25/23 | 8,800 | $37.4801 | ($329,825) |
| Purchases | 09/26/23 | 13,200 | $37.3298 | ($492,753) |
| Purchases | 09/27/23 | 11,300 | $37.1398 | ($419,680) |
| Purchases | 09/28/23 | 15,000 | $37.4941 | ($562,412) |
| Purchases | 09/29/23 | 5,600 | $37.6214 | ($210,680) |
| Purchases | 11/16/23 | 2,700 | $35.4500 | ($95,715) |
| Purchases | 11/17/23 | 200 | $35.3199 | ($7,064) |
| Purchases | 11/21/23 | 2,200 | $35.6377 | ($78,403) |
| Purchases | 12/05/23 | 3,423 | $35.7870 | ($122,499) |
| Purchases | 12/05/23 | 7,177 | $35.7992 | ($256,931) |
| Purchases | 12/06/23 | 10,600 | $36.0030 | ($381,632) |
| Purchases | 12/06/23 | 2,900 | $35.9300 | ($104,197) |
| Purchases | 12/06/23 | 1,600 | $35.8586 | ($57,374) |
| Purchases | 12/07/23 | 34,411 | $36.2836 | ($1,248,555) |
| Purchases | 12/07/23 | 9,289 | $36.0705 | ($335,059) |
| Purchases | 01/03/24 | 500 | $38.1300 | ($19,065) |
| Purchases | 01/24/24 | 1,500 | $38.1058 | ($57,159) |
| Purchases | 03/07/24 | 9,300 | $43.4651 | ($404,225) |
| Purchases | 06/06/24 | 11,000 | $33.3473 | ($366,820) |
| Purchases | 07/22/24 | 6,100 | $35.0683 | ($213,917) |
| Purchases | 07/23/24 | 15,300 | $35.2700 | ($539,631) |
| Purchases | 07/24/24 | 4,600 | $35.2100 | ($161,966) |
| Purchases | 07/29/24 | 7,700 | $35.7350 | ($275,160) |
| Purchases | 07/31/24 | 9,700 | $35.8851 | ($348,085) |
| Purchases | 08/01/24 | 58,413 | $36.0100 | ($2,103,452) |
| Purchases | 08/02/24 | 5,887 | $35.2199 | ($207,340) |

2

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---:|---|---:|
| Purchases | 04/08/25 | 23,100 | $29.1793 | ($674,042) |
| Purchases | 05/30/25 | 6,000 | $30.2257 | ($181,354) |
| Purchases | 05/30/25 | 9,000 | $30.4637 | ($274,173) |
| Purchases | 07/31/25 | 60,100 | $22.0000 | ($1,322,200) |
| Purchases | 09/17/25 | 30,600 | $23.2116 | ($710,275) |
| Sales | 10/22/25 | (115,100) | $22.9300 | $2,639,243 |

**CERTIFICATION**

I, Robert Betts, as Executive Director of National Elevator Industry Pension Plan ("National Elevator"), hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of National Elevator. I have reviewed a complaint filed against Baxter International Inc. ("Baxter") alleging violations of the federal securities laws, and authorize the filing of a motion for lead plaintiff appointment;

2. National Elevator did not purchase Baxter common stock at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. National Elevator is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary. National Elevator fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4. National Elevator's transactions in Baxter common stock during the Class Period are reflected in Exhibit A, attached hereto;

5. National Elevator sought to serve and was appointed as a lead plaintiff on behalf of a class in the following class actions filed under the federal securities laws during the last three years:

*Chow v. Archer-Daniels-Midland Company*, No. 1: 24-cv-00634 (N.D. Ill.)
*In re Dexcom, Inc. Class Action Securities Litigation*, No. 3:24-cv-01485 (S.D. Cal.)

6. Beyond its pro rata share of any recovery, National Elevator will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 12th day of December, 2025.

_____

Robert O. Betts, Jr.
Executive Director
National Elevator Industry Pension Plan

2

**EXHIBIT A**

**TRANSACTIONS IN BAXTER INTERNATIONAL, INC. COMMON STOCK**

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 03/29/22 | 34,670 | $79.6977 | ($2,763,119.26) |
| Purchases | 03/31/22 | 7,860 | $78.5704 | ($617,563.34) |
| Purchases | 04/01/22 | 1,500 | $78.3040 | ($117,456.00) |
| Purchases | 04/04/22 | 6,540 | $75.8626 | ($496,141.40) |
| Purchases | 04/06/22 | 1,830 | $76.3490 | ($139,718.67) |
| Purchases | 04/22/22 | 2,140 | $74.5427 | ($159,521.38) |
| Purchases | 04/27/22 | 2,820 | $70.9982 | ($200,214.92) |
| Purchases | 04/28/22 | 7,520 | $71.8203 | ($540,088.66) |
| Purchases | 06/16/22 | 1,650 | $65.6239 | ($108,279.44) |
| Purchases | 06/28/22 | 10,390 | $66.3210 | ($689,075.19) |
| Purchases | 07/11/22 | 14,599 | $64.5100 | ($941,781.49) |
| Purchases | 07/20/22 | 2,450 | $65.5900 | ($160,695.50) |
| Purchases | 07/27/22 | 2,800 | $66.7229 | ($186,824.12) |
| Purchases | 07/28/22 | 5,870 | $60.5613 | ($355,494.83) |
| Purchases | 08/04/22 | 4,326 | $57.9100 | ($250,518.66) |
| Purchases | 08/08/22 | 3,150 | $59.4444 | ($187,249.86) |
| Purchases | 09/27/22 | 5,550 | $54.1315 | ($300,429.83) |
| Purchases | 10/31/22 | 11,008 | $54.3572 | ($598,364.06) |
| Sales | 11/08/22 | (6,166) | $52.7782 | $325,430.38 |
| Purchases | 11/28/22 | 3,290 | $55.3528 | ($182,110.71) |
| Purchases | 12/28/22 | 2,460 | $50.8957 | ($125,203.42) |
| Purchases | 01/12/23 | 5,750 | $45.0964 | ($259,304.30) |
| Sales | 03/10/23 | (3,840) | $38.7550 | $148,819.20 |
| Sales | 03/10/23 | (7,048) | $38.0200 | $267,964.96 |
| Sales | 05/03/23 | (3,994) | $46.6923 | $186,489.05 |
| Sales | 05/25/23 | (15,175) | $41.3400 | $627,334.50 |
| Purchases | 06/27/23 | 6,200 | $45.1214 | ($279,752.68) |
| Sales | 08/31/23 | (6,900) | $41.1817 | $284,153.73 |
| Purchases | 09/18/23 | 4,220 | $38.7812 | ($163,656.66) |
| Purchases | 10/31/23 | 170 | $32.3428 | ($5,498.28) |
| Purchases | 11/07/23 | 3,430 | $34.4586 | ($118,193.00) |
| Purchases | 11/15/23 | 3,400 | $35.0108 | ($119,036.72) |
| Purchases | 11/20/23 | 6,360 | $35.5264 | ($225,947.90) |
| Purchases | 11/30/23 | 6,400 | $36.2687 | ($232,119.68) |
| Purchases | 01/29/24 | 4,300 | $38.8827 | ($167,195.61) |
| Purchases | 02/27/24 | 4,320 | $41.8288 | ($180,700.42) |
| Purchases | 03/19/24 | 5,310 | $41.6471 | ($221,146.10) |
| Purchases | 07/12/24 | 4,155 | $35.4979 | ($147,493.77) |
| Purchases | 12/02/24 | 6,340 | $33.6996 | ($213,655.46) |
| Purchases | 02/21/25 | 1,700 | $33.5245 | ($56,991.65) |

3

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 02/21/25 | 9,980 | $33.6523 | ($335,849.95) |
| Sales | 02/27/25 | (13,280) | $35.3242 | $469,105.38 |
| Purchases | 03/19/25 | 3,510 | $34.0893 | ($119,653.44) |
| Purchases | 04/03/25 | 7,180 | $31.6800 | ($227,462.40) |
| Purchases | 04/23/25 | 6,580 | $29.9888 | ($197,326.30) |
| Purchases | 06/04/25 | 890 | $30.0466 | ($26,741.47) |
| Purchases | 07/15/25 | 7,690 | $28.4307 | ($218,632.08) |
| Purchases | 07/21/25 | 2,360 | $27.5897 | ($65,111.69) |
| Purchases | 07/31/25 | 20,840 | $22.4753 | ($468,385.25) |

4

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Osey "Skip" McGee Jr., on behalf of Louisiana Sheriffs' Pension & Relief Fund ("Louisiana Sheriffs"), hereby certify, as to the claims asserted under the federal securities laws, that:

1.  I am the Executive Director of Louisiana Sheriffs. I have reviewed a complaint filed in this matter with Louisiana Sheriffs' legal counsel. Based on the legal counsel's knowledge and advice, Louisiana Sheriffs has authorized the filing of this motion for appointment as lead plaintiff.

2.  Louisiana Sheriffs did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3.  Louisiana Sheriffs is willing to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. Louisiana Sheriffs fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act of 1995, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4.  Louisiana Sheriffs' transactions in the Baxter International, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5.  Louisiana Sheriffs has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

    *Nunez v. Skyworks Solutions, Inc.*, No. 25-cv-411 (C.D. Cal.)
    *Patel v. Edwards Lifesciences Corporation*, No. 24-cv-2221 (C.D. Cal.)
    *Nixon v. CVS Health Corporation*, No. 24-cv-5303 (S.D.N.Y.)

6.  Louisiana Sheriffs has served as a representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

    *Louisiana Sheriffs' Pension & Relief Fund v. Illumina, Inc.*,
    No. 23-cv-2328 (S.D. Cal.)

7.  Louisiana Sheriffs will not accept any payment for serving as a representative party on behalf of the class beyond Louisiana Sheriffs' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as ordered or approved by the Court.

Louisiana Sheriffs has relied on the research and analysis of the complaint provided by legal counsel Bernstein Litowitz Berger & Grossmann LLP. The undersigned declares that the statements made and information provided are, to the best of his knowledge, true and correct.

Executed this _11th_ day of December, 2025.

_____
Osey "Skip" McGee Jr.
Executive Director
_Louisiana Sheriffs' Pension & Relief Fund_

**Louisiana Sheriffs' Pension & Relief Fund**
**Transactions in Baxter International, Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 3/4/2022 | 1,484 | 84.6875 |
| Purchase | 3/4/2022 | 1,393 | 84.3650 |
| Purchase | 3/4/2022 | 557 | 84.6550 |
| Purchase | 3/23/2022 | 2,139 | 77.7045 |
| Purchase | 3/25/2022 | 1,008 | 76.9621 |
| Purchase | 3/25/2022 | 153 | 76.9400 |
| Purchase | 3/25/2022 | 981 | 76.9550 |
| Purchase | 3/31/2022 | 1,244 | 78.7438 |
| Purchase | 4/4/2022 | 668 | 75.8530 |
| Purchase | 4/4/2022 | 1,114 | 76.1382 |
| Purchase | 4/8/2022 | 3,223 | 79.7126 |
| Purchase | 8/3/2022 | 7,451 | 58.4150 |
| Purchase | 8/11/2022 | 1,055 | 60.2796 |
| Purchase | 2/10/2023 | 800 | 40.9044 |
| Purchase | 7/12/2023 | 14,504 | 46.2563 |
| Purchase | 7/13/2023 | 398 | 46.5230 |
| Purchase | 7/18/2023 | 125 | 46.4900 |
| Purchase | 7/26/2023 | 8,728 | 48.7361 |
| Purchase | 7/27/2023 | 9,586 | 46.9345 |
| Purchase | 7/28/2023 | 10,038 | 45.2974 |
| Purchase | 8/2/2023 | 9,600 | 44.0362 |
| Purchase | 8/3/2023 | 9,609 | 43.8230 |
| Purchase | 8/7/2023 | 9,045 | 44.1537 |
| Purchase | 8/23/2023 | 11,408 | 41.5697 |
| Purchase | 8/24/2023 | 8,227 | 41.7459 |
| Purchase | 10/5/2023 | 4,086 | 37.0000 |
| Purchase | 10/5/2023 | 515 | 37.0330 |
| Purchase | 10/5/2023 | 10,177 | 37.0262 |
| Purchase | 10/5/2023 | 5,821 | 37.0083 |
| Purchase | 10/6/2023 | 4,353 | 36.8117 |
| Purchase | 10/18/2023 | 4,609 | 32.1023 |
| Purchase | 10/18/2023 | 18,589 | 32.1177 |
| Purchase | 10/18/2023 | 1,449 | 32.0913 |
| Purchase | 10/19/2023 | 1,241 | 31.9429 |
| Purchase | 10/19/2023 | 104 | 32.0081 |
| Purchase | 10/19/2023 | 360 | 32.1780 |
| Purchase | 10/20/2023 | 300 | 32.5988 |
| Purchase | 10/23/2023 | 3,612 | 32.8301 |
| Purchase | 10/23/2023 | 3,115 | 32.7999 |

**Louisiana Sheriffs' Pension & Relief Fund**
**Transactions in Baxter International, Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 10/25/2023 | 171 | 32.1500 |
| Purchase | 10/25/2023 | 4,773 | 32.1271 |
| Purchase | 10/26/2023 | 10,229 | 32.4252 |
| Purchase | 10/27/2023 | 7,712 | 32.4574 |
| Purchase | 5/17/2024 | 27,591 | 35.3762 |
| Purchase | 12/2/2024 | 1,808 | 33.5453 |
| Purchase | 12/3/2024 | 13,563 | 33.2610 |
| Purchase | 12/3/2024 | 5,532 | 33.2550 |
| Purchase | 12/19/2024 | 14,739 | 29.1966 |
| Purchase | 12/23/2024 | 23,426 | 29.0879 |
| Purchase | 12/26/2024 | 18,739 | 29.3769 |
| Purchase | 8/19/2025 | 27,525 | 24.2377 |
| Purchase | 8/28/2025 | 5,200 | 24.2963 |
| Purchase | 8/29/2025 | 3,661 | 24.4374 |
| Purchase | 9/2/2025 | 3,839 | 24.0465 |
| Purchase | 9/3/2025 | 24,306 | 23.5247 |
| Sale | 12/2/2022 | (13,390) | 53.0076 |
| Sale | 12/2/2022 | (1,424) | 53.1302 |
| Sale | 12/2/2022 | (1,680) | 52.9879 |
| Sale | 12/2/2022 | (1,424) | 53.1108 |
| Sale | 1/6/2023 | (3,016) | 48.9450 |
| Sale | 1/6/2023 | (8,729) | 49.0476 |
| Sale | 1/10/2023 | (5,292) | 45.3578 |
| Sale | 1/10/2023 | (631) | 45.5704 |
| Sale | 1/10/2023 | (6,420) | 45.4484 |
| Sale | 1/10/2023 | (385) | 45.3993 |
| Sale | 1/12/2023 | (9,788) | 45.0731 |
| Sale | 1/12/2023 | (16,594) | 45.0778 |
| Sale | 1/13/2023 | (1,057) | 44.7591 |
| Sale | 1/13/2023 | (2,874) | 44.6520 |
| Sale | 1/13/2023 | (2,874) | 44.8060 |
| Sale | 2/22/2023 | (800) | 41.0187 |
| Sale | 2/8/2024 | (19,246) | 40.7900 |
| Sale | 10/31/2024 | (22,238) | 35.8611 |