# EXHIBIT B

**LOSS ANALYSIS**

**Filed Class Period: 02/23/22 - 10/29/25**

**Baxter International Inc**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price [1] |
|---|---|---|---|---|
| BAX | 071813109 | US0718131099 | 2085102 | $18.4188 |

**National Elevator Industry Pension Fund**

**LIFO**

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 03/29/22 | 34,670 | $79.6977 | ($2,763,119.26) |
| Purchases | 03/31/22 | 7,860 | $78.5704 | ($617,563.34) |
| Purchases | 04/01/22 | 1,500 | $78.3040 | ($117,456.00) |
| Purchases | 04/04/22 | 6,540 | $75.8626 | ($496,141.40) |
| Purchases | 04/06/22 | 1,830 | $76.3490 | ($139,718.67) |
| Purchases | 04/22/22 | 2,140 | $74.5427 | ($159,521.38) |
| Purchases | 04/27/22 | 2,820 | $70.9982 | ($200,214.92) |
| Purchases | 04/28/22 | 7,520 | $71.8203 | ($540,088.66) |
| Purchases | 06/16/22 | 1,650 | $65.6239 | ($108,279.44) |
| Purchases | 06/28/22 | 10,390 | $66.3210 | ($689,075.19) |
| Purchases | 07/11/22 | 14,599 | $64.5100 | ($941,781.49) |
| Purchases | 07/20/22 | 2,450 | $65.5900 | ($160,695.50) |
| Purchases | 07/27/22 | 2,800 | $66.7229 | ($186,824.12) |
| Purchases | 07/28/22 | 5,870 | $60.5613 | ($355,494.83) |
| Purchases | 08/04/22 | 4,326 | $57.9100 | ($250,518.66) |
| Purchases | 08/08/22 | 3,150 | $59.4444 | ($187,249.86) |
| Purchases | 09/27/22 | 5,550 | $54.1315 | ($300,429.83) |
| Purchases | 10/31/22 | 11,008 | $54.3572 | ($598,364.06) |
| Purchases | 11/28/22 | 3,290 | $55.3528 | ($182,110.71) |
| Purchases | 12/28/22 | 2,460 | $50.8957 | ($125,203.42) |
| Purchases | 01/12/23 | 5,750 | $45.0964 | ($259,304.30) |
| Purchases | 06/27/23 | 6,200 | $45.1214 | ($279,752.68) |
| Purchases | 09/18/23 | 4,220 | $38.7812 | ($163,656.66) |
| Purchases | 10/31/23 | 170 | $32.3428 | ($5,498.28) |
| Purchases | 11/07/23 | 3,430 | $34.4586 | ($118,193.00) |
| Purchases | 11/15/23 | 3,400 | $35.0108 | ($119,036.72) |
| Purchases | 11/20/23 | 6,360 | $35.5264 | ($225,947.90) |
| Purchases | 11/30/23 | 6,400 | $36.2687 | ($232,119.68) |
| Purchases | 01/29/24 | 4,300 | $38.8827 | ($167,195.61) |
| Purchases | 02/27/24 | 4,320 | $41.8288 | ($180,700.42) |
| Purchases | 03/19/24 | 5,310 | $41.6471 | ($221,146.10) |
| Purchases | 07/12/24 | 4,155 | $35.4979 | ($147,493.77) |
| Purchases | 12/02/24 | 6,340 | $33.6996 | ($213,655.46) |
| Purchases | 02/21/25 | 1,700 | $33.5245 | ($56,991.65) |
| Purchases | 02/21/25 | 9,980 | $33.6523 | ($335,849.95) |
| Purchases | 03/19/25 | 3,510 | $34.0893 | ($119,653.44) |
| Purchases | 04/03/25 | 7,180 | $31.6800 | ($227,462.40) |
| Purchases | 04/23/25 | 6,580 | $29.9888 | ($197,326.30) |
| Purchases | 06/04/25 | 890 | $30.0466 | ($26,741.47) |

**National Elevator Industry Pension Fund**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Share Price** | **Cost/Proceeds** |
| Purchases | 07/15/25 | 7,690 | $28.4307 | ($218,632.08) |
| Purchases | 07/21/25 | 2,360 | $27.5897 | ($65,111.69) |
| Purchases | 07/31/25 | 20,840 | $22.4753 | ($468,385.25) |
| *Class Period Purchases:* | | *253,508* | | *($13,169,705.58)* |
| | | | | |
| *Class Period Sales that match to Pre-Class Period:* | | *0* | | *$0.00* |
| Sales | 11/08/22 | (6,166) | $52.7782 | $325,430.38 |
| Sales | 03/10/23 | (3,840) | $38.7550 | $148,819.20 |
| Sales | 03/10/23 | (7,048) | $38.0200 | $267,964.96 |
| Sales | 05/03/23 | (3,994) | $46.6923 | $186,489.05 |
| Sales | 05/25/23 | (15,175) | $41.3400 | $627,334.50 |
| Sales | 08/31/23 | (6,900) | $41.1817 | $284,153.73 |
| Sales | 02/27/25 | (13,280) | $35.3242 | $469,105.38 |
| *Class Period Sales that match to Class Period Purchases:* | | *-56,403* | | *$2,309,297.19* |
| Sales | 11/04/25 | (47,790) | $18.4450 | $881,486.55 [2] |
| Sales | 11/05/25 | (15,680) | $18.3460 | $287,665.28 [2] |
| Sales | 11/05/25 | (48,690) | $18.3460 | $893,266.74 [2] |
| Sales | 11/06/25 | (42,720) | $18.2850 | $781,135.20 [2] |
| Sales | 11/11/25 | (29,860) | $18.1900 | $543,153.40 [2] |
| Sales | 11/12/25 | (12,365) | $18.7512 | $231,858.59 [2] |
| *Post- Class Period Sales that match to Class Period Purchases:* | | *-197,105* | | *$3,618,565.76* |
| | | | | |
| Shares Held: | | 0 | $18.4188 | $0.00 |

| | |
|---|---|
| **LIFO Gain/(Loss):** | **($7,241,842.63)** |

| | |
|---|---|
| Total Shares Bought: | 253,508 |
| Total Net Shares: | 197,105 |
| Total Net Expenditures: | ($10,860,408.38) |

[1] *Value of shares held is the mean trading price from 10/30/25 - 12/15/25*

2 *Pursuant to the PSLRA, the value for the sales occuring during the lookback period is either the sale price or the average price up to the the date of the sale, whichever is higher.*

**LOSS ANALYSIS**

**Filed Class Period: 02/23/22 - 10/29/25**

**Baxter International Inc**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price [1] |
|--------|-------|------|-------|----------------|
| BAX | 071813109 | US0718131099 | 2085102 | $18.4188 |

**Nebraska State Investment Council**

**LIFO**

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|------------------|-----------|--------|-------------|---------------|
| Purchases | 03/10/22 | 19,500 | $78.6402 | ($1,533,483.90) |
| Purchases | 09/15/23 | 1,400 | $39.0822 | ($54,715.08) |
| Purchases | 09/18/23 | 12,500 | $38.7989 | ($484,986.25) |
| Purchases | 09/19/23 | 16,700 | $38.7582 | ($647,261.94) |
| Purchases | 09/20/23 | 17,600 | $38.5937 | ($679,249.12) |
| Purchases | 09/21/23 | 2,443 | $38.1082 | ($93,098.33) |
| Purchases | 09/21/23 | 39,057 | $38.0896 | ($1,487,665.51) |
| Purchases | 09/22/23 | 8,860 | $37.6649 | ($333,711.01) |
| Purchases | 09/22/23 | 5,040 | $37.6247 | ($189,628.49) |
| Purchases | 09/25/23 | 8,800 | $37.4801 | ($329,824.88) |
| Purchases | 09/26/23 | 13,200 | $37.3298 | ($492,753.36) |
| Purchases | 09/27/23 | 11,300 | $37.1398 | ($419,679.74) |
| Purchases | 09/28/23 | 15,000 | $37.4941 | ($562,411.50) |
| Purchases | 09/29/23 | 5,600 | $37.6214 | ($210,679.84) |
| Purchases | 11/16/23 | 2,700 | $35.4500 | ($95,715.00) |
| Purchases | 11/17/23 | 200 | $35.3199 | ($7,063.98) |
| Purchases | 11/21/23 | 2,200 | $35.6377 | ($78,402.94) |
| Purchases | 12/05/23 | 3,423 | $35.7870 | ($122,498.90) |
| Purchases | 12/05/23 | 7,177 | $35.7992 | ($256,930.86) |
| Purchases | 12/06/23 | 10,600 | $36.0030 | ($381,631.80) |
| Purchases | 12/06/23 | 2,900 | $35.9300 | ($104,197.00) |
| Purchases | 12/06/23 | 1,600 | $35.8586 | ($57,373.76) |
| Purchases | 12/07/23 | 34,411 | $36.2836 | ($1,248,554.96) |
| Purchases | 12/07/23 | 9,289 | $36.0705 | ($335,058.87) |
| Purchases | 01/03/24 | 500 | $38.1300 | ($19,065.00) |
| Purchases | 01/24/24 | 1,500 | $38.1058 | ($57,158.70) |
| Purchases | 03/07/24 | 9,300 | $43.4651 | ($404,225.43) |
| Purchases | 06/06/24 | 11,000 | $33.3473 | ($366,820.30) |
| Purchases | 07/22/24 | 6,100 | $35.0683 | ($213,916.63) |
| Purchases | 07/23/24 | 15,300 | $35.2700 | ($539,631.00) |
| Purchases | 07/24/24 | 4,600 | $35.2100 | ($161,966.00) |
| Purchases | 07/29/24 | 7,700 | $35.7350 | ($275,159.50) |
| Purchases | 07/31/24 | 9,700 | $35.8851 | ($348,085.47) |
| Purchases | 08/01/24 | 58,413 | $36.0100 | ($2,103,452.13) |
| Purchases | 08/02/24 | 5,887 | $35.2199 | ($207,339.55) |

**Nebraska State Investment Council**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Share Price** | **Cost/Proceeds** |
| Purchases | 04/08/25 | 23,100 | $29.1793 | ($674,041.83) |
| Purchases | 05/30/25 | 6,000 | $30.2257 | ($181,354.20) |
| Purchases | 05/30/25 | 9,000 | $30.4637 | ($274,173.30) |
| Purchases | 07/31/25 | 60,100 | $22.0000 | ($1,322,200.00) |
| Purchases | 09/17/25 | 30,600 | $23.2116 | ($710,274.96) |
| *Class Period Purchases:* | | *510,300* | | *($18,065,441.03)* |
| Sales | 09/08/22 | (11,288) | $58.6067 | $661,552.43 |
| Sales | 09/20/22 | (35,492) | $56.6852 | $2,011,871.12 |
| Sales | 06/28/23 | (7,105) | $45.0060 | $319,767.63 |
| *Class Period Sales that match to Pre-Class Period:* | | *-53,885* | | *$2,993,191.18* |
| Sales | 05/10/22 | (11,263) | $72.8289 | $820,271.90 |
| Sales | 09/08/22 | (8,237) | $58.6067 | $482,743.39 |
| Sales | 10/22/25 | (115,100) | $22.9300 | $2,639,243.00 |
| *Class Period Sales that match to Class Period Purchases:* | | *-134,600* | | *$3,942,258.29* |
| | Shares Held: | 375,700 | $18.4188 | $6,919,943.16 |

| | |
|---|---|
| **LIFO Gain/(Loss):** | **($7,203,239.58)** |

| | |
|---|---|
| Total Shares Bought: | 510,300 |
| Total Net Shares: | 321,815 |
| Total Net Expenditures: | ($11,129,991.56) |

[1] *Value of shares held is the mean trading price from 10/30/25 - 12/15/25*

**LOSS ANALYSIS**

**Filed Class Period: 02/23/22 - 10/29/25**

**Baxter International Inc**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price [1] |
|---|---|---|---|---|
| BAX | 071813109 | US0718131099 | 2085102 | $18.4188 |

**Louisiana Sheriffs' Pension & Relief Fund**

**LIFO**

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 03/04/22 | 1,484 | $84.6875 | ($125,676.25) |
| Purchase | 03/04/22 | 1,393 | $84.3650 | ($117,520.45) |
| Purchase | 03/04/22 | 557 | $84.6550 | ($47,152.84) |
| Purchase | 03/23/22 | 2,139 | $77.7045 | ($166,209.93) |
| Purchase | 03/25/22 | 1,008 | $76.9621 | ($77,577.80) |
| Purchase | 03/25/22 | 153 | $76.9400 | ($11,771.82) |
| Purchase | 03/25/22 | 981 | $76.9550 | ($75,492.86) |
| Purchase | 03/31/22 | 1,244 | $78.7438 | ($97,957.29) |
| Purchase | 04/04/22 | 668 | $75.8530 | ($50,669.80) |
| Purchase | 04/04/22 | 1,114 | $76.1382 | ($84,817.95) |
| Purchase | 04/08/22 | 3,223 | $79.7126 | ($256,913.71) |
| Purchase | 08/03/22 | 7,451 | $58.4150 | ($435,250.17) |
| Purchase | 08/11/22 | 1,055 | $60.2796 | ($63,594.98) |
| Purchase | 02/10/23 | 800 | $40.9044 | ($32,723.51) |
| Purchase | 07/12/23 | 14,504 | $46.2563 | ($670,901.38) |
| Purchase | 07/13/23 | 398 | $46.5230 | ($18,516.15) |
| Purchase | 07/18/23 | 125 | $46.4900 | ($5,811.25) |
| Purchase | 07/26/23 | 8,728 | $48.7361 | ($425,368.67) |
| Purchase | 07/27/23 | 9,586 | $46.9345 | ($449,914.12) |
| Purchase | 07/28/23 | 10,038 | $45.2974 | ($454,695.29) |
| Purchase | 08/02/23 | 9,600 | $44.0362 | ($422,747.52) |
| Purchase | 08/03/23 | 9,609 | $43.8230 | ($421,095.21) |
| Purchase | 08/07/23 | 9,045 | $44.1537 | ($399,370.22) |
| Purchase | 08/23/23 | 11,408 | $41.5697 | ($474,227.14) |
| Purchase | 08/24/23 | 8,227 | $41.7459 | ($343,443.52) |
| Purchase | 10/05/23 | 4,086 | $37.0000 | ($151,182.00) |
| Purchase | 10/05/23 | 515 | $37.0330 | ($19,072.00) |
| Purchase | 10/05/23 | 10,177 | $37.0262 | ($376,815.64) |
| Purchase | 10/05/23 | 5,821 | $37.0083 | ($215,425.31) |
| Purchase | 10/06/23 | 4,353 | $36.8117 | ($160,241.33) |
| Purchase | 10/18/23 | 4,609 | $32.1023 | ($147,959.50) |
| Purchase | 10/18/23 | 18,589 | $32.1177 | ($597,035.93) |
| Purchase | 10/18/23 | 1,449 | $32.0913 | ($46,500.29) |
| Purchase | 10/19/23 | 1,241 | $31.9429 | ($39,641.14) |

**Louisiana Sheriffs' Pension & Relief Fund**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Share Price** | **Cost/Proceeds** |
| Purchase | 10/19/23 | 104 | $32.0081 | ($3,328.84) |
| Purchase | 10/19/23 | 360 | $32.1780 | ($11,584.08) |
| Purchase | 10/20/23 | 300 | $32.5988 | ($9,779.64) |
| Purchase | 10/23/23 | 3,612 | $32.8301 | ($118,582.32) |
| Purchase | 10/23/23 | 3,115 | $32.7999 | ($102,171.69) |
| Purchase | 10/25/23 | 171 | $32.1500 | ($5,497.65) |
| Purchase | 10/25/23 | 4,773 | $32.1271 | ($153,342.65) |
| Purchase | 10/26/23 | 10,229 | $32.4252 | ($331,677.36) |
| Purchase | 10/27/23 | 7,712 | $32.4574 | ($250,311.47) |
| Purchase | 05/17/24 | 27,591 | $35.3762 | ($976,064.71) |
| Purchase | 12/02/24 | 1,808 | $33.5453 | ($60,649.90) |
| Purchase | 12/03/24 | 13,563 | $33.2610 | ($451,118.93) |
| Purchase | 12/03/24 | 5,532 | $33.2550 | ($183,966.66) |
| Purchase | 12/19/24 | 14,739 | $29.1966 | ($430,328.69) |
| Purchase | 12/23/24 | 23,426 | $29.0879 | ($681,413.15) |
| Purchase | 12/26/24 | 18,739 | $29.3769 | ($550,493.73) |
| Purchase | 08/19/25 | 27,525 | $24.2377 | ($667,142.66) |
| Purchase | 08/28/25 | 5,200 | $24.2963 | ($126,340.76) |
| Purchase | 08/29/25 | 3,661 | $24.4374 | ($89,465.32) |
| Purchase | 09/02/25 | 3,839 | $24.0465 | ($92,314.51) |
| Purchase | 09/03/25 | 24,306 | $23.5247 | ($571,791.36) |
| *Class Period Purchases:* | | *365,683* | | *($13,350,658.99)* |
| Sale | 01/06/23 | (7,193) | $49.0476 | $352,799.38 |
| Sale | 01/10/23 | (5,292) | $45.3578 | $240,033.48 |
| Sale | 01/10/23 | (631) | $45.5704 | $28,754.92 |
| Sale | 01/10/23 | (6,420) | $45.4484 | $291,778.73 |
| Sale | 01/10/23 | (385) | $45.3993 | $17,478.73 |
| Sale | 01/12/23 | (9,788) | $45.0731 | $441,175.49 |
| Sale | 01/12/23 | (16,594) | $45.0778 | $748,021.00 |
| Sale | 01/13/23 | (1,057) | $44.7591 | $47,310.37 |
| Sale | 01/13/23 | (2,874) | $44.6520 | $128,329.85 |
| Sale | 01/13/23 | (2,874) | $44.8060 | $128,772.44 |
| *Class Period Sales that match to Pre-Class Period:* | | *-53,108* | | *$2,424,454.38* |

**Louisiana Sheriffs' Pension & Relief Fund**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Share Price** | **Cost/Proceeds** |
| Sale | 12/02/22 | (13,390) | $53.0076 | $709,771.75 |
| Sale | 12/02/22 | (1,424) | $53.1302 | $75,657.40 |
| Sale | 12/02/22 | (1,680) | $52.9879 | $89,019.67 |
| Sale | 12/02/22 | (1,424) | $53.1108 | $75,629.78 |
| Sale | 01/06/23 | (3,016) | $48.9450 | $147,618.12 |
| Sale | 01/06/23 | (1,536) | $49.0476 | $75,337.11 |
| Sale | 02/22/23 | (800) | $41.0187 | $32,814.94 |
| Sale | 02/08/24 | (19,246) | $40.7900 | $785,044.34 |
| Sale | 10/31/24 | (22,238) | $35.8611 | $797,479.12 |
| *Class Period Sales that match to Class Period Purchases:* | | *-64,754* | | *$2,788,372.23* |
| | Shares Held: | 300,929 | $18.4188 | $5,542,751.07 |

| | |
|---|---|
| **LIFO Gain/(Loss):** | **($5,019,535.69)** |

| | |
|---|---|
| Total Shares Bought: | 365,683 |
| Total Net Shares: | 247,821 |
| Total Net Expenditures: | ($8,137,832.38) |

| | |
|---|---|
| **AGGREGATE (ALL FUNDS) TOTAL LIFO (LOSS):** | **($19,464,617.90)** |

[1] *Value of shares held is the mean trading price from 10/30/25 - 12/15/25*