# EXHIBIT E

Dec 3, 2025 7:33 PM Eastern Standard Time

# Shareholder Alert: Bernstein Litowitz Berger & Grossmann LLP Announces the Filing of Securities Class Action Lawsuit Against Baxter International, Inc.

Share        · · ·

NEW YORK--(BUSINESS WIRE)--Today, prominent investor rights law firm Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") filed a class action lawsuit in the U.S. District Court for the Northern District of Illinois alleging violations of the federal securities laws by Baxter International, Inc. ("Baxter" or the "Company") and certain of the Company's current and former executives (collectively, "Defendants"). The action is brought on behalf of all investors who purchased or otherwise acquired Baxter common stock between February 23, 2022, and October 29, 2025, inclusive (the "Class Period"). This case is related to a previously filed securities class action pending against Baxter captioned *Electrical Workers Pension Fund, Local 103, I.B.E.W. v. Baxter International, Inc.*, No. 25-cv-12672 (N.D. Ill.) ("*Local 103*"), which asserts a class period of February 23, 2022, through July 30, 2025, inclusive.

BLB&G filed this action on behalf of its client, City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust, and the case is captioned *City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust v. Baxter International, Inc.*, No. 25-cv-14712 (N.D. Ill.). The complaint is based on an extensive investigation and a careful evaluation of the merits of this case. A copy of the complaint is available on BLB&G's website by clicking here.

### Baxter's Alleged Fraud

Baxter develops, manufactures, and markets medical products and devices, including one of the Company's flagship products, the Novum IQ Large Volume Pump ("Novum LVP"), which is used for controlled delivery of intravenous ("IV")

fluids. In November of 2020, the Novum LVP was cleared for sale in Canada, and Baxter began a nation-wide rollout to Canadian customers. In April 2024, Baxter expanded Novum LVP sales into the United States after receiving approval from the Food and Drug Administration ("FDA").

The complaint alleges that, throughout the Class Period, Defendants made numerous materially false and misleading statements and omissions statements relating to the safety and accuracy of the Novum LVP, as well as customer satisfaction with the product during the Novum LVP's launch both in Canada and the United States. As a result of these misrepresentations, Baxter common stock traded at artificially inflated prices throughout the Class Period.

In truth, the Novum LVP lacked precision and was not well received by customers. To the contrary, the device was susceptible to chronic under-infusion and over-infusion of IV fluids, putting patients at risk. The truth began to emerge on May 20, 2025, the FDA issued a Class 1 Voluntary Recall on the Novum LVP due to software issues that caused the potential for under-infusion following use of the "standby mode" feature or if the device is powered off with the set loaded. These disclosures caused the Company's stock price to decline by $1.03 per share, or 3.3%. However, Defendants continued to make false, reassuring statements to investors concerning the Novum LVP's advanced technology and customer satisfaction.

Then, on July 31, 2025, Baxter revealed that it had decided to "voluntarily and temporarily pause shipments and planned installations of the Novum LVP." A Baxter executive described this as "a decision [the Company] made a couple of weeks ago," yet this was the very first time that the Company revealed this information to investors. As a result of these disclosures, Baxter's stock price declined by an additional $6.29 per share, or 22.4%.

On October 30, 2025, Baxter released its third quarter financial results, revealing that sales of the Novum LVP are still paused in the United States, which is causing the Company to cede market share to its competitors. Further, the Company disclosed that it intends to reduce its quarterly dividend to $0.01 per share, down from $0.17 per share. As a result of these disclosures, Baxter's stock price declined by an additional $3.26 per share, or 14.5%.

The filing of this action does not alter the previously established deadline to seek appointment as Lead Plaintiff. Pursuant to the October 16, 2025, notice published in connection with the *Local 103* action, under the Private Securities Litigation Reform Act of 1995, investors who purchased Baxter common stock during the Class Period

may, no later than December 15, 2025, seek to be appointed as Lead Plaintiff for the Class. Any member of the proposed Class may seek to serve as Lead Plaintiff through counsel of their choice, or may choose to do nothing and remain a member of the proposed Class.

If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact Scott R. Foglietta of BLB&G at 212-554-1903, or via e-mail at scott.foglietta@blbglaw.com.

**About BLB&G**

BLB&G is widely recognized worldwide as a leading law firm advising institutional investors on issues related to corporate governance, shareholder rights, and securities litigation. Since its founding in 1983, BLB&G has built an international reputation for excellence and integrity and pioneered the use of the litigation process to achieve precedent-setting governance reforms. Unique among its peers, BLB&G has obtained several of the largest and most significant securities recoveries in history, recovering over $40 billion on behalf of defrauded investors. More information about the firm can be found online at www.blbglaw.com.

## Contacts

Scott R. Foglietta

Bernstein Litowitz Berger & Grossmann LLP

1251 Avenue of the Americas, 44th Floor

New York, New York 10020

(212) 554-1903

scott.foglietta@blbglaw.com

Industry:     Class Action Lawsuit     Professional Services     Legal

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

**RELEASE VERSIONS**

English