**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W., Individually and on Behalf of All Others Similarly Situated, | Case No.: 1:25-cv-12672-SCS |
| | Hon. Steven C. Seeger |
| Plaintiff, | CLASS ACTION |
| v. | |
| BAXTER INTERNATIONAL, INC., JOSE E. ALMEIDA, BRENT SHAFER, JOEL T. GRADE, JAMES K. SACCARO, BRIAN STEVENS, HEATHER KNIGHT, and CLARE TRACHTMAN, | |
| Defendants. | |
| CITY OF HALLANDALE BEACH POLICE OFFICERS' AND FIREFIGHTERS' PERSONNEL RETIREMENT TRUST, Individually and on Behalf of All Others Similarly Situated, | Case No.: 1:25-cv-14712-JFK |
| | Hon. John. F. Kness |
| Plaintiff, | CLASS ACTION |
| v. | |
| BAXTER INTERNATIONAL, INC., JOSÉ E. ALMEIDA, BRENT SHAFER, JOEL T. GRADE, JAMES K. SACCARO, BRIAN STEVENS, HEATHER KNIGHT, and CLARE TRACHTMAN, | |
| Defendants. | |

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF THE MOTION OF THE INSTITUTIONAL INVESTORS FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

Pursuant to 28 U.S.C. § 1746, I, JEREMY A. LIEBERMAN, declare as follows:

1.     I am over twenty-one years of age, and I am fully competent to make this Declaration.  I have personal knowledge of the facts set forth in this Declaration.

2.     I am a Partner at the law firm Pomerantz LLP ("Pomerantz"), counsel for lead plaintiff movant Indecap Fonder AB ("Indecap"), Public Employees' Retirement System of Mississippi ("MSPERS"), Nova Scotia Health Employees' Pension Plan ("NSHEPP"), City of Omaha Police and Fire Retirement System ("Omaha P&F"), and City of Omaha Civilian Retirement System ("Omaha CRS") (collectively, the "Institutional Investors") in the above-captioned litigation.  My office is located at 600 Third Avenue, New York, NY 10016.

3.     I am a member in good standing of the Bars of the State of New York; the United States ("U.S.") District Courts Northern, Southern, Eastern, and Western Districts of New York, the Northern and  Southern Districts of Texas, the District of Colorado, the Eastern District of Michigan, the Eastern District of Wisconsin, and the Northern District of Illinois; the U.S. Courts of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Ninth, Tenth, Eleventh, and D.C. Circuits; and the U.S. Supreme Court.  I submit this Declaration in support of the Institutional Investors' motion for consolidation of the above-captioned actions (the "Related Actions"), appointment as Lead Plaintiff for the Class in the consolidated action, and approval of their selection of Saxena White P.A. ("Saxena White") and Pomerantz as Lead Counsel for the Class.

4.     Attached hereto are true and correct copies of the following exhibits:

EXHIBIT A:     The Institutional Investors' sworn Certifications, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:     A chart reflecting the Institutional Investors' financial interest in this litigation;

EXHIBIT C:     A Joint Declaration executed by representatives of the Institutional Investors;

1

EXHIBIT D:  Notice of pendency of the class action *Electrical Workers Pension Fund, Local 103, I.B.E.W. v. Baxter International, Inc.*, No. 1:25-cv-12672-SCG (N.D. Ill. filed Oct. 16, 2025), published on *BusinessWire* on October 16, 2025; and notice of pendency of the class action *City of Hallandale Beach Police Officers' & Firefighters' Personnel Retirement Trust v. Baxter International, Inc.*, No. 1:25-cv-14712-JFK (N.D. Ill. filed Dec. 3, 2025), published on December 3, 2025;

EXHIBIT E:  Firm resume of Saxena White; and

EXHIBIT F:  Firm resume of Pomerantz.


I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on December 15, 2025.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on December 15, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel or parties of record.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
