EXHIBIT A

## CERTIFICATION AND AUTHORIZATION

I, Johan Svedin, on behalf of Indecap Fonder AB, hereby certify as to the claims asserted under the federal securities laws that:

1. I have reviewed a complaint filed against Baxter International, Inc. ("Baxter") alleging violations of the federal securities laws. I am authorized in my capacity as Chief Executive Officer of Indecap Fonder AB to initiate litigation, make legal decisions, and execute this Certification on behalf of Indecap Fonder AB. Indecap Fonder AB has full power and authority to bring suit to recover for investment losses suffered by its Funds listed in the attached Schedule A (together with Indecap Fonder AB, "Indecap"). I have authorized the filing of a motion for lead plaintiff appointment on behalf of Indecap in this action and any related actions.

2. Indecap did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. Indecap is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Indecap's transactions in Baxter common stock during the Class Period are set forth in the attached Schedule A.

5. Indecap has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification: *None*.

6. Indecap has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff appointment, was not appointed lead plaintiff, or the lead plaintiff decision is still pending:

   *In re Dentsply Sirona, Inc. Sec. Litig.*, No. 1:24-cv-9083 (S.D.N.Y.).

7. Indecap fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act of 1995, including the selection and retention of counsel and overseeing the prosecution of the action for the Class. Indecap intends to actively monitor and vigorously pursue this action for the benefit of the Class.

8. Indecap will not accept any payment for serving as a representative party on behalf of the Class beyond Indecap's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

1



I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this __11__ day of December, 2025.

*Indecap Fonder AB*

Johan Svedin, Chief Executive Officer

2

### SCHEDULE A
**Indecap Fonder AB**
**Transactions in Baxter International, Inc.**

### Indecap Guide 2

| Common Stock Purchases | | | Common Stock Sales | | |
|---|---|---|---|---|---|
| Date | Shares | Price | Date | Shares | Price |
| 06/25/25 | 268,911 | $30.6355 | | | |

### Indecap Guide 1

| Common Stock Purchases | | | Common Stock Sales | | |
|---|---|---|---|---|---|
| Date | Shares | Price | Date | Shares | Price |
| 06/25/25 | 35,401 | $30.6355 | 10/29/25 | 2,415 | $22.6023 |

### Indecap Guide Global

| Common Stock Purchases | | | Common Stock Sales | | |
|---|---|---|---|---|---|
| Date | Shares | Price | Date | Shares | Price |
| 06/25/25 | 12,901 | $30.6355 | | | |
| 10/16/25 | 489 | $22.9193 | | | |

3



## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, Laken H. Ryals, on behalf of the Public Employees' Retirement System of Mississippi ("MSPERS"), as Special Assistant Attorney General in the Office of the Attorney General of the State of Mississippi, with authority to enter into litigation on behalf of MSPERS, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint filed against Baxter International Inc. ("Baxter") and authorize the filing of a motion on MSPERS's behalf for appointment as lead plaintiff.

3.      MSPERS did not purchase or acquire Baxter common stock at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      MSPERS is willing to serve as a representative party on behalf of a class of investors who purchased or acquired Baxter common stock during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has authority to select the most adequate plaintiff in this action.

5.      To the best of my current knowledge, the attached sheet lists all of MSPERS's transactions in Baxter common stock during the Class Period.

6.      MSPERS has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal secuites laws filed during the three-year period preceding the date of this Certification:

- *City of Warwick Ret. Sys. v. Catalent, Inc.*, 3:23-cv-1108 (D.N.J.) ;

- *In re Seagate Tech. Holdings plc Sec. Litig.*, 3:23-cv-3431 (N.D. Cal.);

1

- *In re The Trade Desk, Inc. Sec. Litig.*, 2:25-cv-1396 (C.D. Cal.0; and

- *New England Teamsters Pension Fund v. West Pharm. Servs., Inc.*, 2:25-cv-2285 (E.D. Pa.).

7.       MSPERS has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew is motion for lead plaintiff appointment, was not appointed lead plaintiff, or the lead plaintiff decision is still pending:

- *Schaeffer v. Signature Bank*, 1:23-cv-1921 (E.D.N.Y.);

- *Kempen Int'l Funds v. Syneos Health, Inc.*, 1:23-cv-08848 (S.D.N.Y.);

- *In re Agilon Health, Inc. Sec. Litig.*, 1:24-cv-0297 (W.D. Tex.);

- *In re Crowdstrike Holdings, Inc. Sec. Litig.*, 1:24-cv-0857 (W.D. Tex.);

- *In re Super Micro Comput., Inc. Sec. Litig.*, 5:24-cv-06147 (N.D. Cal.);

- *In re ICON plc Sec. Litig.*, 2:25-cv-0763 (E.D.N.Y.);

- *In re Atkore Inc. Sec. Litig.*, 1:25-cv-1851 (N.D. Ill.); and

- *City of St. Clair Shores Police and Fire Retirement System v. Lineage, Inc.*, 2:25-cv-12383 (E.D. Mich.).

8.       MSPERS agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

2

9.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed  12/15/25
                    (Date)

                                                    *Public Employees' Retirement System of Mississippi*

                                                    (Signature)
                                                    Laken H. Ryals, Special Assistant Attorney General in the Office of the Attorney General of the State of Mississippi

3

**Baxter International, Inc. (BAX)**                    **Mississippi Public Employees' Retirement System**

### List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| **Account 1** | | | |
| Purchase/Acquisition | 3/18/2022 | 448 | $79.1175 |
| Purchase/Acquisition | 6/17/2022 | 888 | $63.8278 |
| Purchase/Acquisition | 9/1/2022 | 219 | $56.7600 |
| Purchase/Acquisition | 9/16/2022 | 325 | $58.1769 |
| Purchase/Acquisition | 12/16/2022 | 728 | $49.7078 |
| Purchase/Acquisition | 3/17/2023 | 489 | $37.5771 |
| Purchase/Acquisition | 6/16/2023 | 519 | $45.3573 |
| Purchase/Acquisition | 12/15/2023 | 545 | $38.6994 |
| Purchase/Acquisition | 3/15/2024 | 239 | $41.6035 |
| Purchase/Acquisition | 6/21/2024 | 318 | $34.2885 |
| Purchase/Acquisition | 4/30/2025 | 1,296 | $31.1700 |
| Purchase/Acquisition | 6/20/2025 | 478 | $29.9873 |
| Sale | 10/3/2023 | (3,042) | $36.7800 |
| Sale | 10/26/2023 | (3,213) | $32.4500 |
| Sale | 2/7/2024 | (5,729) | $39.3800 |
| Sale | 5/21/2024 | (1,378) | $34.4500 |
| Sale | 9/20/2024 | (123) | $38.4917 |
| Sale | 12/5/2024 | (1,437) | $31.9000 |
| Sale | 2/26/2025 | (4,953) | $35.2600 |
| **Account 2** | | | |
| Purchase/Acquisition | 6/20/2024 | 8,300 | $34.1151 |
| Purchase/Acquisition | 6/21/2024 | 4,800 | $34.1074 |
| Purchase/Acquisition | 6/24/2024 | 9,000 | $34.1776 |
| Purchase/Acquisition | 6/25/2024 | 7,200 | $34.0164 |
| Purchase/Acquisition | 6/26/2024 | 6,100 | $33.8256 |
| Purchase/Acquisition | 6/27/2024 | 3,300 | $33.5417 |
| Purchase/Acquisition | 6/28/2024 | 4,900 | $33.5045 |
| Purchase/Acquisition | 7/1/2024 | 5,200 | $33.4254 |
| Purchase/Acquisition | 7/2/2024 | 7,100 | $32.9076 |
| Purchase/Acquisition | 7/3/2024 | 900 | $32.8487 |
| Purchase/Acquisition | 7/5/2024 | 2,000 | $32.9217 |
| Purchase/Acquisition | 7/8/2024 | 2,700 | $33.6701 |
| Purchase/Acquisition | 7/9/2024 | 2,700 | $33.7108 |
| Purchase/Acquisition | 7/10/2024 | 300 | $33.7977 |
| Purchase/Acquisition | 7/11/2024 | 2,800 | $35.2432 |
| Purchase/Acquisition | 7/12/2024 | 1,900 | $35.3715 |
| Purchase/Acquisition | 7/15/2024 | 1,900 | $34.0959 |
| Purchase/Acquisition | 7/16/2024 | 5,500 | $35.1141 |
| Purchase/Acquisition | 7/17/2024 | 5,600 | $35.8165 |
| Purchase/Acquisition | 7/18/2024 | 1,000 | $36.0170 |
| Purchase/Acquisition | 7/19/2024 | 2,500 | $35.3020 |
| Purchase/Acquisition | 7/22/2024 | 3,400 | $35.3266 |
| Purchase/Acquisition | 7/23/2024 | 3,400 | $35.2793 |
| Purchase/Acquisition | 7/24/2024 | 700 | $35.2494 |
| Purchase/Acquisition | 7/25/2024 | 2,600 | $35.5438 |
| Purchase/Acquisition | 7/26/2024 | 1,400 | $35.6788 |
| Purchase/Acquisition | 7/29/2024 | 4,100 | $35.9508 |

**Baxter International, Inc. (BAX)**        **Mississippi Public Employees' Retirement System**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Account 3 | | | |
| Purchase/Acquisition | 8/4/2025 | 8,772 | $22.4408 |
| Purchase/Acquisition | 9/29/2025 | 4,512 | $22.3271 |
| Purchase/Acquisition | 9/30/2025 | 483 | $22.2419 |
| Purchase/Acquisition | 10/28/2025 | 3,447 | $22.8708 |
| Purchase/Acquisition | 10/29/2025 | 2,105 | $22.6418 |
| Account 4 | | | |
| Sale | 8/9/2022 | (5,553) | $58.9500 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.     I, Stefan Cowell, on behalf of the Nova Scotia Health Employees' Pension Plan ("NSHEPP"), as Chief Executive Officer, with authority to enter into litigation on behalf of NSHEPP, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.     I have reviewed a Complaint filed against Baxter International Inc. ("Baxter") and authorize the filing of a motion on NSHEPP's behalf for appointment as lead plaintiff.

3.     NSHEPP did not purchase or acquire Baxter common stock at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.     NSHEPP is willing to serve as a representative party on behalf of a class of investors who purchased or acquired Baxter common stock during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary.  I understand that the Court has authority to select the most adequate plaintiff in this action.

5.     To the best of my current knowledge, the attached sheet lists all of NSHEPP's transactions in Baxter common stock during the Class Period.

6.     During the three-year period preceding the date on which this Certification is signed, NSHEPP has served or sought to serve as a representative party in the following actions:

- *Hauser v. Organon & Co., et al.*, 2:25-cv-05322 (D.N.J.);

- *In re DXC Technology Company Securities Litigation*, 1:24-cv-01351 (E.D. Va.);

- *Bristol County Retirement System v. QuidelOrtho Corporation f/k/a Quidel Corporation, et al.*, 1:24-cv-02804 (S.D.N.Y.);

- *David Ramos v. Comerica Incorporated, et al.*, 2:23-cv-06843 (C.D. Cal.);

1

- *Shanaphy v. Kohls Corporation, et al.,* 2:22-cv-01016 (E.D. Wis.);

- *Ashraf v. MINISO Group Holding Limited, et al.*, 2:22-cv-05815 (C.D. Cal.);[1]

- *In re Emergent Biosolutions Inc. Securities Litigation*, 8:21-cv-00955 (D. Md.); and

- *Edwards v. McDermott International, Inc., et al.*, 4:18-cv-04330 (S.D. Tex.).

7.     NSHEPP agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed     December 10, 2025
                         (Date)

_____
                         (Signature)
                    Stefan Cowell
                    Chief Executive Officer
                    Nova Scotia Health Employees' Pension Plan

---

[1]     Subsequently transferred to the U.S. District Court for the Southern District of New York and recaptioned *In re MINISO Group Holding Limited Securities Litigation*, 1:22-cv-09864 (S.D.N.Y.).

2

**Baxter International, Inc. (BAX)**                    **Nova Scotia Health Employees' Pension Plan**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 5/29/2024 | 77,700 | $33.3580 |
| Purchase/Acquisition | 5/30/2024 | 10,800 | $33.2980 |
| Purchase/Acquisition | 5/31/2024 | 400 | $33.4680 |
| Purchase/Acquisition | 6/5/2024 | 9,200 | $33.0330 |
| Sale | 12/31/2024 | (8,700) | $29.1600 |
| Sale | 6/30/2025 | (16,400) | $30.4640 |
| Sale | 7/1/2025 | (21,100) | $30.4520 |



## CERTIFICATION AND AUTHORIZATION

I, Mark Desler, as Chairperson of the City of Omaha Police and Fire Retirement System ("Omaha P&F"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed against Baxter International, Inc. ("Baxter") alleging violations of the federal securities laws. I am authorized in my capacity as Chairperson of Omaha P&F to initiate litigation and to execute this Certification on behalf of Omaha P&F. I have authorized the filing of a motion for lead plaintiff appointment in this action or any related actions on behalf of Omaha P&F.

2. Omaha P&F did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. Omaha P&F is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Omaha P&F's transactions in Baxter common stock during the Class Period are set forth in the attached Schedule A.

5. Omaha P&F has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

   *City of Omaha Police & Firefighters Ret. Sys. v. Cognyte Software Ltd.*, No. 1:23-cv-1769 (S.D.N.Y.).

6. Omaha P&F has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff appointment, was not appointed lead plaintiff, or the lead plaintiff decision is still pending: *None.*

7. Omaha P&F will not accept any payment for serving as a representative party on behalf of the Class beyond Omaha P&F's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

1



I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of December, 2025.

City of Omaha Police and Fire Retirement
System

Mark Desler, Chairperson



| SCHEDULE A |
|---|
| City of Omaha Police and Fire Retirement System |
| Transactions in Baxter International, Inc. |

| Common Stock Purchases | | | Common Stock Sales | | |
|---|---|---|---|---|---|
| Date | Shares | Price | Date | Shares | Price |
| 03/29/22 | 7,070 | $79.6977 | 09/21/22 | 390 | $56.1231 |
| 03/31/22 | 1,600 | $78.5704 | 12/05/22 | 320 | $51.9239 |
| 04/01/22 | 300 | $78.3040 | 12/08/22 | 2,030 | $53.0569 |
| 04/04/22 | 1,330 | $75.8626 | 03/21/23 | 710 | $39.2234 |
| 04/06/22 | 340 | $76.3490 | 08/31/23 | 210 | $41.1817 |
| 04/22/22 | 460 | $74.5427 | 04/26/24 | 4,450 | $40.0273 |
| 04/27/22 | 560 | $70.9982 | | | |
| 04/28/22 | 1,540 | $71.8203 | | | |
| 06/28/22 | 2,360 | $66.3210 | | | |
| 07/28/22 | 1,770 | $60.5613 | | | |
| 08/08/22 | 630 | $59.4444 | | | |
| 01/12/23 | 2,440 | $45.0964 | | | |
| 10/31/23 | 1,690 | $32.3428 | | | |
| 11/07/23 | 600 | $34.4586 | | | |
| 11/15/23 | 610 | $35.0108 | | | |
| 11/20/23 | 1,120 | $35.5264 | | | |
| 11/30/23 | 1,110 | $36.2687 | | | |
| 11/19/24 | 1,250 | $32.6107 | | | |
| 02/21/25 | 590 | $33.5245 | | | |
| 02/21/25 | 3,490 | $33.6523 | | | |
| 03/19/25 | 540 | $34.0893 | | | |
| 04/03/25 | 1,020 | $31.6800 | | | |
| 06/04/25 | 1,130 | $30.0466 | | | |
| 07/21/25 | 1,510 | $27.5897 | | | |
| 07/31/25 | 3,170 | $22.4753 | | | |

## CERTIFICATION AND AUTHORIZATION

I, Donna Waller, as Chairperson of the City of Omaha Civilian Retirement System ("Omaha CRS"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed against Baxter International, Inc. ("Baxter") alleging violations of the federal securities laws. I am authorized in my capacity as Chairperson of Omaha CRS to initiate litigation and to execute this Certification on behalf of Omaha CRS. I have authorized the filing of a motion for lead plaintiff appointment in this action or any related actions on behalf of Omaha CRS.

2. Omaha CRS did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. Omaha CRS is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Omaha CRS's transactions in Baxter common stock during the Class Period are set forth in the attached Schedule A.

5. Omaha CRS has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification: *None*.

6. Omaha CRS has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff appointment, was not appointed lead plaintiff, or the lead plaintiff decision is still pending: *None*.

7. Omaha CRS will not accept any payment for serving as a representative party on behalf of the Class beyond Omaha CRS's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __11__ day of December, 2025.

*City of Omaha Civilian Retirement System*

*Donna Waller*

Donna Waller, Chairperson

2

### SCHEDULE A
### City of Omaha Civilian Retirement System
### Transactions in Baxter International, Inc.

| Common Stock Purchases | | | | Common Stock Sales | | |
|---|---|---|---|---|---|---|
| Date | Shares | Price | | Date | Shares | Price |
| 03/29/22 | 2,250 | $79.6977 | | 09/21/22 | 680 | $56.4733 |
| 03/31/22 | 510 | $78.5704 | | 12/05/22 | 560 | $51.6683 |
| 04/01/22 | 90 | $78.3040 | | 08/08/23 | 1,470 | $42.4830 |
| 04/04/22 | 430 | $75.8626 | | 08/31/23 | 80 | $41.1817 |
| 04/06/22 | 100 | $76.3490 | | 03/20/24 | 1,830 | $41.9097 |
| 04/22/22 | 150 | $74.5427 | | | | |
| 04/27/22 | 180 | $70.9982 | | | | |
| 04/28/22 | 490 | $71.8203 | | | | |
| 06/28/22 | 750 | $66.3210 | | | | |
| 07/28/22 | 560 | $60.5613 | | | | |
| 07/29/22 | 1,350 | $58.3904 | | | | |
| 08/08/22 | 40 | $59.4444 | | | | |
| 01/12/23 | 920 | $45.0964 | | | | |
| 10/31/23 | 500 | $32.3428 | | | | |
| 11/07/23 | 180 | $34.4586 | | | | |
| 11/15/23 | 180 | $35.0108 | | | | |
| 11/20/23 | 340 | $35.5264 | | | | |
| 11/30/23 | 330 | $36.2687 | | | | |
| 11/19/24 | 350 | $32.6107 | | | | |
| 02/21/25 | 160 | $33.5245 | | | | |
| 02/21/25 | 950 | $33.6523 | | | | |
| 03/19/25 | 150 | $34.0893 | | | | |
| 04/03/25 | 280 | $31.6800 | | | | |
| 06/04/25 | 310 | $30.0466 | | | | |
| 07/21/25 | 410 | $27.5897 | | | | |
| 07/31/25 | 860 | $22.4753 | | | | |

3