# EXHIBIT B

**Baxter International Inc.**

**Indecap Guide 2**

Class Period: 02/23/22 to 10/29/25
Lookback Price: $18.4188 (10/30/25 - 12/15/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | Applied to Pre-Class Holdings: | | 0 | | $0.00 |
| Purchase | 06/25/25 | 268,911 | $30.6355 | $8,238,222.94 | Retained | | 268,911 | $18.4188 | $4,953,004.48 |
| | | **268,911** | | **$8,238,222.94** | | | **268,911** | | **$4,953,004.48** |
| | | | | | **LIFO Gain/(Loss) for Indecap Guide 2:** | | | | **($3,285,218.46)** |

**Baxter International Inc.**

**Indecap Guide 1**

Class Period: 02/23/22 to 10/29/25
Lookback Price: $18.4188 (10/30/25 - 12/15/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | Applied to Pre-Class Holdings: | | 0 | | $0.00 |
| | | | | | Sale | 10/29/25 | 2,415 | $22.6023 | $54,584.55 |
| Purchase | 06/25/25 | 35,401 | $30.6355 | $8,238,222.94 | Retained | | 32,986 | $18.4188 | $607,560.89 |
| | | **35,401** | | **$1,084,527.34** | | | **35,401** | | **$662,145.44** |
| | | | | | **LIFO Gain/(Loss) for Indecap Guide 1:** | | | | **($422,381.89)** |

**Baxter International Inc.**

**Indecap Global**

Class Period: 02/23/22 to 10/29/25
Lookback Price: $18.4188 (10/30/25 - 12/15/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | Applied to Pre-Class Holdings: | | 0 | | $0.00 |
| Purchase | 06/25/25 | 12,901 | $30.6355 | $395,228.59 | | | | | |
| Purchase | 10/16/25 | 489 | $22.9193 | $8,238,222.94 | Retained | | 13,390 | $18.4188 | $246,627.06 |
| | | **13,390** | | **$406,436.12** | | | **13,390** | | **$246,627.06** |
| | | | | | **LIFO Gain/(Loss) for Indecap Global:** | | | | **($159,809.06)** |

**Baxter International Inc.**

**City of Omaha Police and Fire Retirement System**

Class Period: 02/23/22 to 10/29/25

Lookback Price: $18.4188 (10/30/25 - 12/15/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | Applied to Pre-Class Holdings: | | 0 | | $0.00 |
| Purchase | 03/29/22 | 7,070 | $79.6977 | $563,462.74 | | | | | |
| Purchase | 03/31/22 | 1,600 | $78.5704 | $125,712.64 | | | | | |
| Purchase | 04/01/22 | 300 | $78.3040 | $23,491.20 | | | | | |
| Purchase | 04/04/22 | 1,330 | $75.8626 | $100,897.26 | | | | | |
| Purchase | 04/06/22 | 340 | $76.3490 | $25,958.66 | | | | | |
| Purchase | 04/22/22 | 460 | $74.5427 | $34,289.64 | | | | | |
| Purchase | 04/27/22 | 560 | $70.9982 | $39,758.99 | | | | | |
| Purchase | 04/28/22 | 1,540 | $71.8203 | $110,603.26 | | | | | |
| Purchase | 06/28/22 | 2,360 | $66.3210 | $156,517.56 | | | | | |
| Purchase | 07/28/22 | 1,770 | $60.5613 | $107,193.50 | | | | | |
| Purchase | 08/08/22 | 630 | $59.4444 | $37,449.97 | | | | | |
| Purchase | 01/12/23 | 2,440 | $45.0964 | $110,035.22 | Sale | 09/21/22 | 390 | $56.1231 | $21,888.01 |
| Purchase | 10/31/23 | 1,690 | $32.3428 | $54,659.33 | Sale | 12/05/22 | 320 | $51.9239 | $16,615.65 |
| Purchase | 11/07/23 | 600 | $34.4586 | $20,675.16 | Sale | 12/08/22 | 2,030 | $53.0569 | $107,705.51 |
| Purchase | 11/15/23 | 610 | $35.0108 | $21,356.59 | Sale | 03/21/23 | 710 | $39.2234 | $27,848.61 |
| Purchase | 11/20/23 | 1,120 | $35.5264 | $39,789.57 | Sale | 08/31/23 | 210 | $41.1817 | $8,648.16 |
| Purchase | 11/30/23 | 1,110 | $36.2687 | $40,258.26 | Sale | 04/26/24 | 4,450 | $40.0273 | $178,121.49 |
| Purchase | 11/19/24 | 1,250 | $32.6107 | $40,763.38 | Sale* | 11/04/25 | 7,460 | $18.4450 | $137,599.70 |
| Purchase | 02/21/25 | 590 | $33.5245 | $19,779.46 | Sale* | 11/05/25 | 7,400 | $18.3460 | $135,760.40 |
| Purchase | 02/21/25 | 3,490 | $33.6523 | $117,446.53 | Sale* | 11/05/25 | 2,380 | $18.3460 | $43,663.48 |
| Purchase | 03/19/25 | 540 | $34.0893 | $18,408.22 | Sale* | 11/06/25 | 6,480 | $18.2850 | $118,486.80 |
| Purchase | 04/03/25 | 1,020 | $31.6800 | $32,313.60 | Sale* | 11/11/25 | 4,530 | $18.1900 | $82,400.70 |
| Purchase | 06/04/25 | 1,130 | $30.0466 | $33,952.66 | Sale* | 11/12/25 | 1,870 | $18.7512 | $35,064.74 |
| Purchase | 07/21/25 | 1,510 | $27.5897 | $41,660.45 | | | | | |
| Purchase | 07/31/25 | 3,170 | $22.4753 | $71,246.70 | Retained | | 0 | $18.4188 | $0.00 |
| | | **38,230** | | **$1,987,680.53** | | | **38,230** | | **$913,803.24** |

**LIFO Gain/(Loss) for City of Omaha Police and Fire Retirement System:** <span style="color:red">**($1,073,877.29)**</span>

\* Post Class Period sale; uses the higher of actual sale price vs. average price from end of Class Period through sale date.

**Baxter International Inc.**
**City of Omaha Civilian Retirement System**
Class Period: 02/23/22 to 10/29/25
Lookback Price: $18.4188 (10/30/25 - 12/15/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | Applied to Pre-Class Holdings: | | 0 | | $0.00 |
| Purchase | 03/29/22 | 2,250 | $79.6977 | $179,319.83 | | | | | |
| Purchase | 03/31/22 | 510 | $78.5704 | $40,070.90 | | | | | |
| Purchase | 04/01/22 | 90 | $78.3040 | $7,047.36 | | | | | |
| Purchase | 04/04/22 | 430 | $75.8626 | $32,620.92 | | | | | |
| Purchase | 04/06/22 | 100 | $76.3490 | $7,634.90 | | | | | |
| Purchase | 04/22/22 | 150 | $74.5427 | $11,181.41 | | | | | |
| Purchase | 04/27/22 | 180 | $70.9982 | $12,779.68 | | | | | |
| Purchase | 04/28/22 | 490 | $71.8203 | $35,191.95 | | | | | |
| Purchase | 06/28/22 | 750 | $66.3210 | $49,740.75 | | | | | |
| Purchase | 07/28/22 | 560 | $60.5613 | $33,914.33 | | | | | |
| Purchase | 07/29/22 | 1,350 | $58.3904 | $78,827.04 | | | | | |
| Purchase | 08/08/22 | 40 | $59.4444 | $2,377.78 | | | | | |
| Purchase | 01/12/23 | 920 | $45.0964 | $41,488.69 | | | | | |
| Purchase | 10/31/23 | 500 | $32.3428 | $16,171.40 | Sale | 09/21/22 | 680 | $56.4733 | $38,401.84 |
| Purchase | 11/07/23 | 180 | $34.4586 | $6,202.55 | Sale | 12/05/22 | 560 | $51.6683 | $28,934.25 |
| Purchase | 11/15/23 | 180 | $35.0108 | $6,301.94 | Sale | 08/08/23 | 1,470 | $42.4830 | $62,450.01 |
| Purchase | 11/20/23 | 340 | $35.5264 | $12,078.98 | Sale | 08/31/23 | 80 | $41.1817 | $3,294.54 |
| Purchase | 11/30/23 | 330 | $36.2687 | $11,968.67 | Sale | 03/20/24 | 1,830 | $41.9097 | $76,694.75 |
| Purchase | 11/19/24 | 350 | $32.6107 | $11,413.75 | Sale* | 11/04/25 | 2,030 | $18.4450 | $37,443.35 |
| Purchase | 02/21/25 | 160 | $33.5245 | $5,363.92 | Sale* | 11/05/25 | 2,010 | $18.3460 | $36,875.46 |
| Purchase | 02/21/25 | 950 | $33.6523 | $31,969.69 | Sale* | 11/05/25 | 650 | $18.3460 | $11,924.90 |
| Purchase | 03/19/25 | 150 | $34.0893 | $5,113.40 | Sale* | 11/06/25 | 1,770 | $18.2850 | $32,364.45 |
| Purchase | 04/03/25 | 280 | $31.6800 | $8,870.40 | Sale* | 11/11/25 | 1,230 | $18.1900 | $22,373.70 |
| Purchase | 06/04/25 | 310 | $30.0466 | $9,314.45 | Sale* | 11/12/25 | 510 | $18.7512 | $9,563.11 |
| Purchase | 07/21/25 | 410 | $27.5897 | $11,311.78 | | | | | |
| Purchase | 07/31/25 | 860 | $22.4753 | $19,328.76 | Retained | | 0 | $18.4188 | $0.00 |
| | | **12,820** | | **$687,605.18** | | | **12,820** | | **$360,320.36** |

**LIFO Gain/(Loss) for City of Omaha Civilian Retirement System:** <span style="color:red">**($327,284.82)**</span>

\* Post Class Period sale; uses the higher of actual sale price vs. average price from end of Class Period through sale date.

**Baxter International Inc.**

**Public Employees' Retirement System of Mississippi (Account 1)**

Class Period: 02/23/22 to 10/29/25

Lookback Price: $18.4188 (10/30/25 - 12/15/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 71,919 | | | | | | | |
| | | | | | Sale | 10/26/23 | 2,639 | $32.4500 | $85,635.55 |
| | | | | | Sale | 02/07/24 | 5,184 | $39.3800 | $204,145.92 |
| | | | | | Sale | 05/21/24 | 1,139 | $34.4500 | $39,238.55 |
| | | | | | Sale | 12/05/24 | 1,242 | $31.9000 | $39,619.80 |
| | | | | | Sale | 02/26/25 | 4,953 | $35.2600 | $174,642.78 |
| | | | | | Applied to Pre-Class Holdings: | | 15,157 | | $543,282.60 |
| Purchase | 03/18/22 | 448 | $79.1175 | $120,110.44 | | | | | |
| Purchase | 06/17/22 | 888 | $63.8278 | $119,949.62 | | | | | |
| Purchase | 09/01/22 | 219 | $56.7600 | $24,674.58 | | | | | |
| Purchase | 09/16/22 | 325 | $58.1768 | $92,413.88 | | | | | |
| Purchase | 12/16/22 | 728 | $49.7078 | $49,950.32 | Sale | 10/03/23 | 3,042 | $36.7800 | $111,884.76 |
| Purchase | 03/17/23 | 489 | $37.5770 | $147,398.28 | Sale | 10/26/23 | 574 | $32.4500 | $18,626.30 |
| Purchase | 06/16/23 | 519 | $45.3573 | $40,396.32 | Sale | 02/07/24 | 545 | $39.3800 | $21,462.10 |
| Purchase | 12/15/23 | 545 | $38.6993 | $14,333.93 | Sale | 05/21/24 | 239 | $34.4500 | $8,233.55 |
| Purchase | 03/15/24 | 239 | $41.6035 | $196,850.70 | Sale | 09/20/24 | 123 | $38.4917 | $4,734.48 |
| Purchase | 06/21/24 | 318 | $34.2884 | $100,739.88 | Sale | 12/05/24 | 195 | $31.9000 | $6,220.50 |
| Purchase | 04/30/25 | 1,296 | $31.1700 | $10,742.84 | | | | | |
| Purchase | 06/20/25 | 478 | $29.9873 | $78,835.65 | Retained | | 1,774 | $18.4188 | $32,674.86 |
| | | **127,111** | | **$4,211,715.11** | | | **6,492** | | **$203,836.55** |

**LIFO Gain/(Loss) for Public Employees' Retirement System of Mississippi (Account 1):** <span style="color:red">**($94,396.26)**</span>

**Baxter International Inc.**

**Public Employees' Retirement System of Mississippi (Account 2)**

Class Period: 02/23/22 to 10/29/25
Lookback Price: $18.4188 (10/30/25 - 12/15/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | Applied to Pre-Class Holdings: | | 0 | | $0.00 |
| Purchase | 06/20/24 | 8,300 | $34.1151 | $283,155.33 | | | | | |
| Purchase | 06/21/24 | 4,800 | $34.1074 | $163,715.52 | | | | | |
| Purchase | 06/24/24 | 9,000 | $34.1776 | $307,598.40 | | | | | |
| Purchase | 06/25/24 | 7,200 | $34.0164 | $244,918.08 | | | | | |
| Purchase | 06/26/24 | 6,100 | $33.8256 | $206,336.16 | | | | | |
| Purchase | 06/27/24 | 3,300 | $33.5417 | $110,687.61 | | | | | |
| Purchase | 06/28/24 | 4,900 | $33.5045 | $164,172.05 | | | | | |
| Purchase | 07/01/24 | 5,200 | $33.4254 | $173,812.08 | | | | | |
| Purchase | 07/02/24 | 7,100 | $32.9076 | $233,643.96 | | | | | |
| Purchase | 07/03/24 | 900 | $32.8487 | $29,563.83 | | | | | |
| Purchase | 07/05/24 | 2,000 | $32.9217 | $65,843.40 | | | | | |
| Purchase | 07/08/24 | 2,700 | $33.6701 | $90,909.27 | | | | | |
| Purchase | 07/09/24 | 2,700 | $33.7108 | $91,019.16 | | | | | |
| Purchase | 07/10/24 | 300 | $33.7977 | $10,139.31 | | | | | |
| Purchase | 07/11/24 | 2,800 | $35.2432 | $98,680.96 | | | | | |
| Purchase | 07/12/24 | 1,900 | $35.3715 | $67,205.85 | | | | | |
| Purchase | 07/15/24 | 1,900 | $34.0959 | $64,782.21 | | | | | |
| Purchase | 07/16/24 | 5,500 | $35.1141 | $193,127.55 | | | | | |
| Purchase | 07/17/24 | 5,600 | $35.8165 | $200,572.40 | | | | | |
| Purchase | 07/18/24 | 1,000 | $36.0170 | $36,017.00 | | | | | |
| Purchase | 07/19/24 | 2,500 | $35.3020 | $88,255.00 | | | | | |
| Purchase | 07/22/24 | 3,400 | $35.3266 | $120,110.44 | | | | | |
| Purchase | 07/23/24 | 3,400 | $35.2793 | $119,949.62 | | | | | |
| Purchase | 07/24/24 | 700 | $35.2494 | $24,674.58 | | | | | |
| Purchase | 07/25/24 | 2,600 | $35.5438 | $92,413.88 | | | | | |
| Purchase | 07/26/24 | 1,400 | $35.6788 | $49,950.32 | | | | | |
| Purchase | 07/29/24 | 4,100 | $35.9508 | $147,398.28 | Retained | | 101,300 | $18.4188 | $1,865,819.38 |
| | | **101,300** | | **$3,478,652.25** | | | **101,300** | | **$1,865,819.38** |

**LIFO Gain/(Loss) for Public Employees' Retirement System of Mississippi (Account 2):** <span style="color:red">**($1,612,832.88)**</span>

**Baxter International Inc.**

**Public Employees' Retirement System of Mississippi (Account 3)**

Class Period: 02/23/22 to 10/29/25

Lookback Price: $18.4188 (10/30/25 - 12/15/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | Applied to Pre-Class Holdings: | | 0 | | $0.00 |
| Purchase | 08/04/25 | 8,772 | $22.4408 | $196,850.70 | | | | | |
| Purchase | 09/29/25 | 4,512 | $22.3271 | $100,739.88 | | | | | |
| Purchase | 09/30/25 | 483 | $22.2419 | $10,742.84 | | | | | |
| Purchase | 10/28/25 | 3,447 | $22.8708 | $78,835.65 | | | | | |
| Purchase | 10/29/25 | 2,105 | $22.6418 | $47,660.99 | Retained | | 19,319 | $18.4188 | $355,831.83 |
| | | **19,319** | | **$434,830.05** | | | **19,319** | | **$355,831.83** |

**LIFO Gain/(Loss) for Public Employees' Retirement System of Mississippi (Account 3):** <span style="color:red">**($78,998.22)**</span>

**Baxter International Inc.**

**Public Employees' Retirement System of Mississippi (Account 4)**

Class Period: 02/23/22 to 10/29/25

Lookback Price: $18.4188 (10/30/25 - 12/15/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | Applied to Pre-Class Holdings: | | 0 | | $0.00 |
| | | | | | Sale | 08/09/22 | 5,553* | $58.9500 | $327,349.35 |
| | | | | | Retained | | 0 | $18.4188 | $0.00 |
| | | **0** | | **$0.00** | | | **0** | | **$0.00** |

**LIFO Gain/(Loss) for Public Employees' Retirement System of Mississippi (Account 4)** **$0.00**

* Shares acquired at no cost through inter-account transfer; original purchases occurred prior to start of the Class Period.

**Baxter International Inc.**

**Nova Scotia Health Employees' Pension Plan**

Class Period: 02/23/22 to 10/29/25

Lookback Price: $18.4188 (10/30/25 - 12/15/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | Applied to Pre-Class Holdings: | | 0 | | $0.00 |
| | | | | | Sale | 12/31/24 | 8,700 | $29.1600 | $253,692.00 |
| Purchase | 05/29/24 | 77,700 | $33.3580 | $2,591,916.60 | Sale | 06/30/25 | 16,400 | $30.4640 | $499,609.60 |
| Purchase | 05/30/24 | 10,800 | $33.2980 | $359,618.40 | Sale | 07/01/25 | 21,100 | $30.4520 | $642,537.20 |
| Purchase | 05/31/24 | 400 | $33.4680 | $13,387.20 | | | | | |
| Purchase | 06/05/24 | 9,200 | $33.0330 | $303,903.60 | Retained | | 51,900 | $18.4188 | $955,933.13 |
| | | **98,100** | | **$3,268,825.80** | | | **98,100** | | **$2,351,771.93** |

**LIFO Gain/(Loss) for Nova Scotia Health Employees' Pension Plan:** **($917,053.88)**

**Loss Summary**

| Institutional Investors | Shares Purchased | Net Shares Purchased/ (Sold) | Net Funds Received / (Expended) | LIFO Gain / (Loss) |
|---|---|---|---|---|
| **Indecap** | **317,702** | **315,287** | **($9,674,601.84)** | **($3,867,409.41)** |
| Indecap Guide 2 | 268,911 | 268,911 | ($8,238,222.94) | ($3,285,218.46) |
| Indecap Guide 1 | 35,401 | 32,986 | ($1,029,942.78) | ($422,381.89) |
| Indecap Global | 13,390 | 13,390 | ($406,436.12) | ($159,809.06) |
| **City of Omaha Police and Fire Retirement System** | **38,230** | **30,120** | **($1,626,853.11)** | **($1,073,877.29)** |
| **City of Omaha Civilian Retirement System** | **12,820** | **8,200** | **($477,829.79)** | **($327,284.82)** |
| **Public Employees' Retirement System of Mississippi** | **127,111** | **101,683** | **($3,169,921.47)** | **($1,786,227.35)** |
| Public Employees' Retirement System of Mississippi (Account 1) | 6,492 | (13,383) | $416,211.48 | ($94,396.26) |
| Public Employees' Retirement System of Mississippi (Account 2) | 101,300 | 101,300 | ($3,478,652.25) | ($1,612,832.88) |
| Public Employees' Retirement System of Mississippi (Account 3) | 19,319 | 19,319 | ($434,830.05) | ($78,998.22) |
| Public Employees' Retirement System of Mississippi (Account 4) | 0 | (5,553) | $327,349.35 | $0.00 |
| **Nova Scotia Health Employees' Pension Plan** | **98,100** | **51,900** | **($1,872,987.00)** | **($917,053.88)** |
| **Grand Total** | **593,963** | **507,190** | **($16,822,193.22)** | **($7,971,852.75)** |