EXHIBIT D

12/11/25, 10:54 PM
Labaton Keller Sucharow LLP Files Securities Class Action Against Baxter International, Inc. and Certain of Its Executives

Case: 1:25-cv-12672 Document #: 43-4 Filed: 12/15/25 Page 2 of 10 PageID #:503



Contact Us

Newsroom    Services & Solutions    Resources    For Journalists    Sign In    Sign Up

Oct 16, 2025 8:05 PM Eastern Daylight Time

# Labaton Keller Sucharow LLP Files Securities Class Action Against Baxter International, Inc. and Certain of Its Executives

Share

NEW YORK--(BUSINESS WIRE)--Labaton Keller Sucharow LLP ("Labaton") has filed a securities class action lawsuit (the "Action") on behalf of its client the Electrical Workers Pension Fund, Local 103, I.B.E.W. ("Local 103") against Baxter International, Inc. ("Baxter" or the "Company") (NYSE: BAX) and certain of its executives (collectively, "Defendants"). The Action, which is captioned *Electrical Workers Pension Fund, Local 103, I.B.E.W. v. Baxter International, Inc.*, No. 25-cv-12672 (N.D. Ill.), asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, and U.S. Securities and Exchange Commission Rule 10b-5 promulgated thereunder, on behalf of all persons and entities that purchased or otherwise acquired Baxter common stock between February 23, 2022 and July 30, 2025, inclusive (the "Class Period").

Baxter is a global healthcare company that develops and sells a range of medical products used in hospitals and other healthcare facilities. Among its product offerings, Baxter recently launched its Novum IQ Large Volume Pump ("Novum LVP"), a device used for the delivery of intravenous ("IV") fluids that carry medications, blood products, and nutrients to patients. Baxter executives declared the Novum LVP launch to be a "landmark achievement" and a "key focus area" for the Company that would be a "promising multiyear growth driver."

The Action alleges that, throughout the Class Period, Defendants misled investors by failing to disclose that: (a) the Novum LVP suffered systemic defects that caused widespread malfunctions, including underinfusion, overinfusion, and complete non-delivery of fluids, which exposed patients to risks of serious injury or death; (b) Baxter was notified of multiple device

## LABATON KELLER SUCHAROW LLP

⌃ NYSE:BAX

### RELEASE VERSIONS

English

### CONTACTS

Connor Boehme, Esq.
Labaton Keller Sucharow LLP
+1 (212) 907-0780
cboehme@labaton.co...

Case: 1:25-cv-12672 Document #: 43-4 Filed: 12/15/25 Page 3 of 10 PageID #:504

malfunctions, injuries, and deaths from these defects; (c) Baxter's attempts to address these defects through customer alerts were inadequate remedial measures, when design flaws persisted and continued to cause serious harm to patients; (d) as a result, there was a heightened risk that customers would be instructed to take existing Novum LVPs out of service and that Baxter would completely pause all new sales of these pumps; and (e) based on the foregoing, Baxter's statements about the safety, efficacy, product rollout, customer feedback and sales prospects of the Novum LVPs were materially false and misleading.

Safety concerns regarding Novum LVP began to surface on April 7, 2025, after a Missouri news outlet reported serious safety issues relating to inaccurate infusion with the Novum LVPs based on information from a whistleblower. Just weeks after the whistleblower report, on April 24, 2025, Baxter sent customers a warning letter about potential underinfusion risks associated with the Novum LVP, disclosing only one serious injury linked to this issue. Then, on July 14, 2025, Baxter issued a second warning letter reiterating the underinfusion risks and adding the risk of overinfusion with the Novum LVP. The letter also revealed that Baxter had received 79 reports of serious injury and two reports of patient deaths related to the Novum LVP.

The true extent of Defendants' fraud was revealed on July 31, 2025, when the Company announced that it had decided to "**voluntarily and temporarily pause shipments and planned installations of the Novum LVP**" and that the Company was "unable to currently commit to an exact timing for resuming shipment and installation for Novum LVPs." On this news, Baxter stock dropped *22.4 percent*, closing at $21.76 on July 31, 2025.

If you purchased or acquired Baxter common stock during the Class Period and were damaged thereby, you are a member of the "Class" and may be able to seek appointment as Lead Plaintiff. Lead Plaintiff motion papers must be filed no later than **December 15, 2025**. The Lead Plaintiff is a court-appointed representative for absent members of the Class. You do not need to seek appointment as Lead Plaintiff to share in any Class recovery in this action. If you are a Class member and there is a recovery for the Class, you can share in that recovery as an absent Class member. You may retain counsel of your choice to represent you in this action.

If you would like to consider serving as Lead Plaintiff or have any questions about this lawsuit, you may contact Connor C. Boehme, Esq. of Labaton at +1 (212) 907-0780, or via email at cboehme@labaton.com. You can view a copy of the Complaint online here.

Local 103 is represented by Labaton, which represents many of the largest pension funds in the United States and internationally with combined assets

Case: 1:25-cv-12672 Document #: 43-4 Filed: 12/15/25 Page 4 of 10 PageID #:505

under management of more than $4.5 trillion. Labaton's litigation reputation is built on its half-century of securities litigation experience, more than ninety full-time attorneys, and in-house team of investigators, financial analysts, and forensic accountants. Labaton has been recognized for its excellence by the courts and peers, and it is consistently ranked in leading industry publications. Offices are located in New York, Delaware, London, and Washington, D.C. More information about Labaton is available at labaton.com.

## Contacts

Connor Boehme, Esq.
Labaton Keller Sucharow LLP
+1 (212) 907-0780
cboehme@labaton.com

**Industry:**        Class Action Lawsuit    Professional Services    Legal

# More News From Labaton Keller Sucharow LLP

🔊 Get RSS Feed

### Partner Jesse L. Jensen Joins Labaton Keller Sucharow

NEW YORK--(BUSINESS WIRE)--Labaton Keller Sucharow LLP is pleased to announce that Jesse L. Jensen will be joining the Firm's New York office as a Partner in the Firm's Securities Litigation Practice...



### Labaton Keller Sucharow LLP Files Securities Class Action Against Avantor, Inc. and Certain of Its Executives

NEW YORK--(BUSINESS WIRE)--Labaton Keller Sucharow LLP ("Labaton") has filed a securities class action lawsuit (the "Action") on behalf of its client the City of Pontiac Reestablished General...



### Labaton Keller Sucharow LLP Files Securities Class Action Against Synopsys, Inc. and Certain of Its

12/11/25, 10:54 PM
Labaton Keller Sucharow LLP Files Securities Class Action Against Baxter International, Inc. and Certain of its Executives

Case: 1:25-cv-12672 Document #: 43-4 Filed: 12/15/25 Page 5 of 10 PageID #:506

## Executives

NEW YORK--(BUSINESS WIRE)--Labaton Keller Sucharow LLP
("Labaton") has filed a securities class action lawsuit (the "Complaint")
on behalf of its client the New England Teamsters Pension Fund ("Ne...



Back to Newsroom →

# Wish your news had this kind of reach?

Sign Up →          Learn About Business Wire →



| Company | Services | Solutions | Newsroom | Resources |
|---|---|---|---|---|
| About Business Wire | Press Release Distribution | PR Professionals | Industries | Blog |
| Careers | Visibility & Engagement | IR Professionals | Subjects | For Journalists |
| Media Center | Complimentary Features | Agencies | Languages | Sign Up |
| Help Center | Investor Communications | Public Companies | | |
| | Reporting & Analytics | Explore by Industry | | |



© 2025 Business Wire, Inc.     Privacy Policy     Cookie Policy     Copyright     Accessibility Statement     Terms of Use

    

Case: 1:25-cv-12672 Document #: 43-4 Filed: 12/15/25 Page 6 of 10 PageID #:507

Contact Us

Newsroom        Services & Solutions        Resources        For Journalists        Sign In        Sign Up

Dec 3, 2025 7:33 PM Eastern Standard Time

# Shareholder Alert: Bernstein Litowitz Berger & Grossmann LLP Announces the Filing of Securities Class Action Lawsuit Against Baxter International, Inc.

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

---

RELEASE VERSIONS

English

---

CONTACTS

Scott R. Foglietta
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas, 44th Floor
New York, New York 10020
(212) 554-1903
scott.foglietta@blbgl…

NEW YORK--(BUSINESS WIRE)--Today, prominent investor rights law firm Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") filed a class action lawsuit in the U.S. District Court for the Northern District of Illinois alleging violations of the federal securities laws by Baxter International, Inc. ("Baxter" or the "Company") and certain of the Company's current and former executives (collectively, "Defendants"). The action is brought on behalf of all investors who purchased or otherwise acquired Baxter common stock between February 23, 2022, and October 29, 2025, inclusive (the "Class Period"). This case is related to a previously filed securities class action pending against Baxter captioned *Electrical Workers Pension Fund, Local 103, I.B.E.W. v. Baxter International, Inc.*, No. 25-cv-12672 (N.D. Ill.) ("*Local 103*"), which asserts a class period of February 23, 2022, through July 30, 2025, inclusive.

BLB&G filed this action on behalf of its client, City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust, and the case is captioned *City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust v. Baxter International, Inc.*, No. 25-cv-14712 (N.D. Ill.). The complaint is based on an extensive investigation and a careful evaluation of the merits of this case. A copy of the complaint is available on BLB&G's website by clicking here.

Baxter's Alleged Fraud

Baxter develops, manufactures, and markets medical products and devices, including one of the Company's flagship products, the Novum IQ Large

Volume Pump ("Novum LVP"), which is used for controlled delivery of intravenous ("IV") fluids. In November of 2020, the Novum LVP was cleared for sale in Canada, and Baxter began a nation-wide rollout to Canadian customers. In April 2024, Baxter expanded Novum LVP sales into the United States after receiving approval from the Food and Drug Administration ("FDA").

The complaint alleges that, throughout the Class Period, Defendants made numerous materially false and misleading statements and omissions statements relating to the safety and accuracy of the Novum LVP, as well as customer satisfaction with the product during the Novum LVP's launch both in Canada and the United States. As a result of these misrepresentations, Baxter common stock traded at artificially inflated prices throughout the Class Period.

In truth, the Novum LVP lacked precision and was not well received by customers. To the contrary, the device was susceptible to chronic under-infusion and over-infusion of IV fluids, putting patients at risk. The truth began to emerge on May 20, 2025, the FDA issued a Class 1 Voluntary Recall on the Novum LVP due to software issues that caused the potential for under-infusion following use of the "standby mode" feature or if the device is powered off with the set loaded. These disclosures caused the Company's stock price to decline by $1.03 per share, or 3.3%. However, Defendants continued to make false, reassuring statements to investors concerning the Novum LVP's advanced technology and customer satisfaction.

Then, on July 31, 2025, Baxter revealed that it had decided to "voluntarily and temporarily pause shipments and planned installations of the Novum LVP." A Baxter executive described this as "a decision [the Company] made a couple of weeks ago," yet this was the very first time that the Company revealed this information to investors. As a result of these disclosures, Baxter's stock price declined by an additional $6.29 per share, or 22.4%.

On October 30, 2025, Baxter released its third quarter financial results, revealing that sales of the Novum LVP are still paused in the United States, which is causing the Company to cede market share to its competitors. Further, the Company disclosed that it intends to reduce its quarterly dividend to $0.01 per share, down from $0.17 per share. As a result of these disclosures, Baxter's stock price declined by an additional $3.26 per share, or 14.5%.

The filing of this action does not alter the previously established deadline to seek appointment as Lead Plaintiff. Pursuant to the October 16, 2025, notice published in connection with the *Local 103* action, under the Private Securities Litigation Reform Act of 1995, investors who purchased Baxter

common stock during the Class Period may, no later than December 15, 2025, seek to be appointed as Lead Plaintiff for the Class. Any member of the proposed Class may seek to serve as Lead Plaintiff through counsel of their choice, or may choose to do nothing and remain a member of the proposed Class.

If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact Scott R. Foglietta of BLB&G at 212-554-1903, or via e-mail at scott.foglietta@blbglaw.com.

## About BLB&G

BLB&G is widely recognized worldwide as a leading law firm advising institutional investors on issues related to corporate governance, shareholder rights, and securities litigation. Since its founding in 1983, BLB&G has built an international reputation for excellence and integrity and pioneered the use of the litigation process to achieve precedent-setting governance reforms. Unique among its peers, BLB&G has obtained several of the largest and most significant securities recoveries in history, recovering over $40 billion on behalf of defrauded investors. More information about the firm can be found online at www.blbglaw.com.

## Contacts

Scott R. Foglietta
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas, 44th Floor
New York, New York 10020
(212) 554-1903
scott.foglietta@blbglaw.com

**Industry:**      Class Action Lawsuit    Professional Services    Legal

# More News From Bernstein Litowitz Berger & Grossmann LLP

🔊 Get RSS Feed

**Shareholder Alert: Bernstein Litowitz Berger & Grossmann LLP Announces the Filing of Securities Class Action Lawsuit Against Dexcom, Inc.**

Case: 1:25-cv-12672 Document #: 43-4 Filed: 12/15/25 Page 9 of 10 PageID #:510

NEW YORK--(BUSINESS WIRE)--Today, prominent investor rights law firm Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") filed a class action in the U.S. District Court for the Southern District of New York alleging violations of the federal securities laws by DexCom, Inc. ("Dexco...

## BLB&G Founding Partner Max Berger Honored with Federal Bar Council's Whitney North Seymour Award for Outstanding Public Service

NEW YORK--(BUSINESS WIRE)--Bernstein Litowitz Berger & Grossmann LLP (BLB&G) proudly announces that its Founding Partner, Max Berger, has been selected as the recipient of the Whitney North Seymour Award for "outstanding public service by a private practitioner,"...

## Shareholder Alert: Bernstein Litowitz Berger & Grossmann LLP Announces the Filing of Securities Class Action Lawsuit Against Apple Inc.

NEW YORK--(BUSINESS WIRE)--Today, prominent investor rights law firm Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") filed a class action lawsuit in the U.S. District Court for the Northern District of California alleging violations of the federal securities laws by Apple Inc....

Back to Newsroom →

# Wish your news had this kind of reach?

Share

Sign Up →          Learn About Business Wire →



| Company | Services | Solutions | Newsroom | Resources |
|---|---|---|---|---|
| About Business Wire | Press Release Distribution | PR Professionals | Industries | Blog |
| Careers | | IR Professionals | Subjects | For Journalists |

12/14/25, 6:50 PM

Shareholder Alert: Bernstein Litowitz Berger & Grossmann LLP Announces the Filing of Securities Class Action Lawsuit Against B…

Case: 1:25-cv-12672 Document #: 43-4 Filed: 12/15/25 Page 10 of 10 PageID #:511

Media Center

Help Center

Visibility & Engagement

Complimentary Features

Investor Communications

Reporting & Analytics

Agencies

Public Companies

Explore by Industry

Languages

Sign Up



© 2025 Business Wire, Inc.

Privacy Policy    Cookie Policy    Copyright    Accessibility Statement    Terms of Use

