# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Electrical Workers Pension Fund, Local 103 IBEW, et al.

Plaintiff,

v.

Case No.: 1:25−cv−12672

Honorable Steven C. Seeger

Baxter International, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 31, 2025:

MINUTE entry before the Honorable Steven C. Seeger: The parties filed motions to consolidate this case with a related case before Judge Kness (25−cv−14712). The parties correctly filed that motion in front of this Court, who has the first−filed case. But the right motion is a motion to reassign the later−filed case. The Court construes the motions to consolidate as motions to reassign, and grants them to that limited extent. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.