**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Electrical Workers Pension Fund, Local 103 IBEW, et al.

Plaintiff,

v.

Case No.: 1:25−cv−12672
Honorable Steven C. Seeger

Baxter International, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 18, 2026:

MINUTE entry before the Honorable Steven C. Seeger: The motion of the Pension Funds for consolidation of related actions, appointment as lead plaintiff, and approval of selection of lead counsel (Dckt. No. [38]) is hereby granted. The Court hereby appoints Nebraska Investment Council, National Elevator Industry Pension Plan, and Louisiana Sheriffs' Pension & Relief Fund (collectively, the "Pension Funds") to serve as Lead Plaintiff pursuant to the PLSRA. The Court approves the Pension Funds' selection of Labaton Keller Sucharow LLP ("Labaton") and Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as Lead Counsel for the putative Class. Order to follow. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.